# APPENDIX 20

Penn State Defendants' Documents in Support of
Motion for Summary Judgment/Statement of Facts

# APPENDIX 20

{Imprint Patient's Plate Here}

REDACTED
HYNDER,DESIREE
C.ED
REDACTED 22Y
MEDCENTOR, ASSI   UNIVERSITY. H.
10/05/07   SP   ER

REDACTED

COPY

**REPORTED SEXUAL**
**RAPE INTERVIEW DOCUMENTATION**
Page 1 of 11
Mount Nittany Medical Center
State College, PA 16803-6797

| Signature | Initials | Signature | Initials |
|---|---|---|---|
| Annette Barth | LB | | |
| | | | |

## CIRCUMSTANCES OF THE ASSAULT/VICTIMS DESCRIPTION

*Date/time assault (military time): 0300    Investigating Jurisdiction: Penn State

*Date/time of examination: 10/5/07

Provided by: ☑ Victim    ☐ Law Enforcement    ☐ Other

☐ Assailant status unknown

☐ Details unknown due to:

*Was the place where the assault occurred the: ☐ victim's ☐ assailants ☐ other:

*Place(s) of assault: ☐ inside ☐ office ☑ home ☐ workplace ☐ outside ☐ vehicle ☐ other

*Was victim's clothing removed during assault: ☑ yes ☐ no   pants underwear

Did the victim lose consciousness? ☐ no ☑ yes (explain)   Pt sleeping and was
awakened by assailant

Medication taken by victim prior to the assault: Robitussin

Alcohol use prior to assault by victim: ☑ yes ☐ no    By assailant? ☐ yes ☐ no unknown
*Last menstrual period: 9/15/07    ☐ Result BHCG    ☐ Urine    ☐ Serum

## ASSAILANT INFORMATION

*Assailant #1   Gender of Assailant: ☑ male   ☐ female   *approximate age: 20s
*Assailant #2   Gender of Assailant: ☐ male   ☐ female   *approximate age:_____
*Assailant #3   Gender of Assailant: ☐ male   ☐ female   *approximate age:_____

*Race of assailant(s): ☑ African American ☐ Asian ☐ Caucasian ☐ Hispanic Black ☐ Hispanic White
☐ Native American ☐ Other:_____ ☐ Unknown

*Race of Victim: ☐ African American ☐ Asian ☑ Caucasian ☐ Hispanic Black ☐ Hispanic White
☐ Native American ☐ Other:_____ ☐ Unknown

*Assailant's Hair color: black    *Victim's hair color: blond

PSU000249

*Pennsylvania State Police Information

White- Medical Record   Yellow - Pharmacy   Pink - Nursing

Initials
Revised 07/07/05



ED-015





(Imprint Patient's Plate Here)

H000449399

REPORTED SEXUAL ~~~~~
RAPE INTERVIEW DOCUMENTATION
Page 2 of 11
Mount Nittany Medical Center
State College, PA 16803-6797

REDACTED
REDACTED                    22Y
NO DOCTOR, ASSI    UNIVERSITY H
10/05/07          SP          ER

REDACTED

## ASSAILANT INFORMATION

Assailant's clothing (description): _jeans, black jeans t-shirt_

*Injuries to assailant:  ☑No   ☐ Yes (explain)   mechanism _____
bruises/wounds _____
bleeding _____

Assailant relationship to victim:  ☐ stranger  ☐ partner  ☐ dating partner  ☑acquaintance  ☐spouse  ☐unknown
☐ Other: _____

Assailant student status:  ☑PSU student  ☐ staff  ☐faculty  ☐N/A  ☐Unknown  ☐Other: _____

Was domestic or relationship violence a part of the assault?  ☐ yes  ☐ no

| Coercion used: | yes | no | If yes, please explain: |
|---|---|---|---|
| fist | | ✓ | |
| weapon | ✓ | | |
| hitting | | ✓ | |
| kicking | | ✓ | |
| grabbing | | ✓ | |
| pushing | | ✓ | |
| gagging | | ✓ | |
| punching | | ✓ | |
| blind fold | | ✓ | |
| strangulation (choking) | | ✓ | |
| tied up | | ✓ | |
| verbal (provide quotes if possible) | | ✓ | |
| other (explain): | | | |

| *Since the assault has the victim: | yes | no | | yes | no | |
|---|---|---|---|---|---|---|
| consumed alcohol | | ✓ | changed clothes | | ✓ | jeans |
| had something to drink | ✓ | | washed clothes | | ✓ | underwear |
| had something to eat | | ✓ | vomited | ✓ | | shirt |
| used tobacco | | ✓ | defecated | | | |
| bathed/showered | | ✓ | urinated | ✓ | | |
| brushed or flossed teeth | | ✓ | used towel, tissue, etc. to wipe/clean genital area | ✓ | | |
| used mouthwash | | ✓ | used towel, tissue, etc. to wipe off any fluid | ✓ | | |
| washed hair | | ✓ | used/ discarded any tampons or menstrual pads | | | unknown |
| douched | | ✓ | used contraceptives | | | |
| | | | medications(s)- list | | | |

PSU000250

Initials ___

*Pennsylvania State Police Information

White- Medical Record    Yellow - Pharmacy    Pink - Nursing

Revised 07/07/05

 

(Imprint Patient's Plate Here)



REPORTED SEXUAL
RAPE INTERVIEW DOCUMENTATION
Page 3 of 11
Mount Nittany Medical Center
State College, PA 16803-6797

REDACTED
KINDER,DESTREE
C.ED
REDACTED 22Y
MD DOCTOR, ASST  UNIVERSITY H
10/05/07    SP   ER

REDACTED

| *Vaginal penetration with: | yes | no | attempt | unknown | N/A | |
|---|---|---|---|---|---|---|
| penis | ✓ | | | | | |
| finger of assailant | | ✓ | | | | |
| foreign object | | ✓ | | | | |
| tongue | | | | | | |
| *Anal penetration with: | yes | no | attempt | unknown | N/A | |
| penis finger of assailant | | ✓ | | | | |
| foreign object | | ✓ | | | | |
| tongue | | ✓ | | | | |
| other | | | | | | |

| *Oral/Genital Contact: | | | yes | no | |
|---|---|---|---|---|---|
| victims mouth to assailants genitals | | | | ✓ | |
| penetration of victims mouth with assailants genitals | | | | ✓ | |
| assailants mouth to victims genitals | | | | ✓ | |
| penetration of assailants mouth by victims genitals | | | | ✓ | |
| assailants mouth/tongue to victims anus | | | | ✓ | |
| victims mouth/toung to assailants anus | | | | | |

| Masturbation | yes | no | |
|---|---|---|---|
| of victim by assailant | | ✓ | |
| of assailant victim | | ✓ | |
| other: | | | |

| Did assailant use: | yes | no | |
|---|---|---|---|
| lubricant | | | unknown |
| Was a condom used? | | | If yes, what was done with the condom? |

| *Did the assailant ejaculate? | yes | no | unsure |
|---|---|---|---|
| vaginal | ✓ | | |
| oral | | ✓ | |
| rectal | | ✓ | |
| skin | | ✓ | |
| other: | | | |

| *Any consensual sexual contact in the last 96 hours? | | ☐ yes | ☑ no | |
|---|---|---|---|---|
| If yes for consensual sexual contact in the last 96 hours: | | yes | no | |
| was a condom used? | | | | N/A |
| was it with the assailant? | | | | |
| was it consensual? | | | | |

PSU000251



ED-015

*Pennsylvania State Police Information

'White- Medical Record    Yellow - Pharmacy    Pink - Nursing

Initials
Revised 07/07/05





(Imprint Patient's Plate Here)

REDACTED

H000449349

HINDER, DESIREE
REDACTED        22Y
NO DOCTOR, ASSI    UNIVERSITY H
10/05/07   SP         ER

REDACTED

REPORTED SEXUAL ASSAULT
RAPE INTERVIEW DOCUMENTATION
Page 4 of 11
Mount Nittany Medical Center
State College, PA 16803-6797

INTERVIEW NOTES

0/5/07 0515    Pt states assailant is known to her. Pt
was met by assailant by the Saloon. Went
to his apartment at Nittany Apartment.
Pt states she talked to Austin Scott (assailant)
for about 20 min. after arriving "at 0200
then she states they went to bed
in his bed together. Pt states she went
directly to sleep. Pt states the next thing
she remembers is the assailant on top.
Pt states her jeans were off. Pt states
she told him "no, please stop" Pt
states he hit her right side and
upper arms. Scratches noted to (L)
upper arm. Pt states her shirt was pulled
down and he kissed her mouth
and down her neck. Pt states he
cupped her breasts. Pt states he ripped
off her underwear and had sex with
her. Pt states at one point he stopped
and put a towel down on the
bed. "Unable to remember if he
wore a condom." Pt states he fell asleep
after sex and she snuck out. Pt
states she was crying as she left and
his phone rang and he woke to answer it.
She received a text from him at 0410
asking if she was okay. (R U OK?)

Initials
Revised 07/07/05

*Pennsylvania State Police Information
White - Medical Record    Yellow - Pharmacy    Pink - Nursing

ED-015

PSU000252



REPORTED SEXUAL ASSAULT
RAPE INTERVIEW DOCUMENTATION
Page 5 of 11
Mount Nittany Medical Center
State College, PA 16803-6797

REDACTED
MINDER,DESIREE
REDACTED
NO DOCTOR, ASSI   UNIVERSITY H
10/05/07   SP        ER

REDACTED

N000449399

(imprint Patient's Plate Here)

---

**Overall Appearance:** ☐Disheveled ☐Stained/Torn Clothing ☐ Other Specify:_____

**Neurologic/Coordination:**
**Level of Consciousness:** ☐Alert ☐ Somnolent but arousable · ☐ Unconscious ☐ PERLA
Oriented x 4 ☐Yes ☐ No
Cognition: ☐No defects noted ☐ Distracted ☐ Slow ☐ Confused ☐ Other:_____
Gait: ☐Normal ☐Abnormal
Finger to nose: ☐Normal ☐Abnormal
Affect/Mood: ☐ Flattened ☐Tearful ☐ Agitated ☐ Angry ☐ Withdrawn ☐ Other:_____

**Suicidal Ideations:** ☐ Yes ☐No

**Tanner Breast:** ☐ I ☐ II ☐ III ☐ IV ☐ V
**Tanner Genitalia:** ☐ I ☐ II ☐ III ☐ IV ☐ V

## NON-GENITALIA ASSESSMENT

| | Atraumatic/ Negative | Swelling | Bruise | Erythema | Abrasion | Cut/ Laceration | Woods Lamp | ROM | Other (describe) |
|---|---|---|---|---|---|---|---|---|---|
| Head | ✓ | | | | | | | | |
| Eyes | ✓ | | | | | | | | |
| Ears | ✓ | | | | | | | | |
| Nose | ✓ | | | | | | | | |
| Mouth | ✓ | | | | | | ✓ | | Injuries |
| Neck | | | ✓ | | | | | | reddened area |
| Upper Extremities | | | | | | | | | (R)shoulder reddened area |
| Chest | ✓ | | | | | | | | reddened area |
| Breast | ✓ | | | | | | | | |
| Nipples | ✓ | | | | | | | | |
| Abdomen | ✓ | | | | | | ✓-neg | | |
| Lower Extremities | | | ✓ | | | | | | (R)thigh multiple reddened |
| Back | | | ✓ | | | | | | |
| Buttocks | ✓ | | | | | | | | |

PSU000253



Initials



(Imprint Patient's Plate Here)



REPORTED SEXUAL ASSAULT
RAPE INTERVIEW DOCUMENTATION
Page 6 of 11
Mount Nittany Medical Center
State College, PA. 16803-6797

REDACTED   H000449399
MINDER, DESIREE
C.EO
REDACTED    2Y
NO DOCTOR, ASSI   UNIVERSITY H
10/05/07     SP          ER
REDACTED

## GENITAL ASSESSMENT

| | Atraumatic/ Negative | Swelling | Bruise | Erythema | Abrasion | Cut/ Laceration | Woods Lamp | ROM | Other (describe) |
|---|---|---|---|---|---|---|---|---|---|
| Mons Pubis | ✓ | | | | | | ✓ | | |
| Labia Majora | | | | ✓ | | | ✓ | | |
| Labia Minora | | | | ✓ | | | ✓ | | |
| Hymen | ✓ | | | ✓ | | | ✓ | | |
| Posterior Fourchette | | | | | ✓ | | ✓ | | |
| Fossa Navicularis | | | | | ✓ | | ✓ | | |
| Vaginal wall - left | | | | | ✓ | | ✓ | | several small abrasions noted |
| Vaginal wall - right | | | | | ✓ | | ✓ | | several small abrasions noted |
| Cervix | | ✓ | | | | | ✓ | | reddened + secretions noted |
| Perineum | | | | | | | ✓ | | |
| Anus | ✓ | | | | | | ✓ | | |
| Rectum | ✓ | | | | | | ✓ | | |

## INTERVAL NOTES

Woods lamp negative

PSU000254

Initials

Revised 07/07/05



*Pennsylvania State Police Information

White- Medical Record    Yellow - Pharmacy    Pink - Nursing



(Imprint Patient's Plate Here)

REDACTED.
&MINDER, DESIREE
C.&O
REDACTED 22Y
HO DOCTOR, ASSI   UNIVERSITY H
10/05/07   SP   ER

REDACTED

H000449399

COPY

REPORTED SEXUAL ASSAULT
RAPE INTERVIEW DOCUMENTATION
Page 7 of 11
Mount Nittany Medical Center
State College, PA 16803-6797

## BODY MAP DOCUMENTATION
### DRAWINGS:

ecchymosis
reddened area
reddened area
4cmx5cm reddened
reddened areas
ecchymosis
ecchymosis

Signature of SAFE: _____

Printed Name of SAFE: Janet R Cody RN          Date: 10/5/07

**PSU000255**



*Pennsylvania State Police Information

Revised 07/07/05

REPORTED SEXUAL ASSAULT /
RAPE INTERVIEW DOCUMENTATION
Page 8 of 11
Mount Nittany Medical Center
State College, PA 16803-6797

(Imprint Patient's Plate Here)

REDACTED
MINDER, DESIREE
C.ED
REDACTED    22Y
NO DOCTOR, ASSI    UNIVERSITY H
10/05/07.    SP         ER

R000449399

REDACTED

NOTE FINDING

LEGEND:
A. Cervical OS
B. Vagina
C. Cervix





small abrasions noted

small abrasions noted

PSU000256

Initials
Revised 07/07/05


ED-015

**COPY**

## DOCUMENTATION OF EVIDENCE COLLECTION AND DISTRIBUTION OF EVIDENCE

*Imprint patient plate here*

REDACTED    M000449399
MINDER, DESIREE
C.ED
REDACTED    22Y
MD DOCTOR, ASSI    UNIVERSITY H
10/05/07    SP    ER
REDACTED

**Mount Nittany Medical Center**
State College, PA 16803-6797

## EVIDENCE COLLECTION AND DISTRIBUTION:

**Clothing Collection:**

☐ No clothing from victim collected (specify why not): _____

☑ Clothing from victim collected (specify items below. Kit Step #3): _____

  ☑ Underpants collected, sealed and placed in rape kit
  ☑ Shirt/Blouse
  ☑ Pants/Slacks
  ☐ Bra
  ☐ Skirt
  ☐ Dress
  ☐ Jacket/Coat
  ☐ Other
  ☐ Other

☑ Items checked were collected, bagged, sealed and secured with chain of custody

☑ Above clothing items were given to law enforcement officer
☐ Above clothing items were secured in safe

**Rape Kit Collection:**

☐ Rape kit not used

☐ Rape kit used and following evidence/samples collected, documented and enclosed in kit (check all that apply):

  ☑ Serum sample – **yellow** top tube
  ☑ Serum sample – **purple** top tube
  ☐ Paper sheet victim undress over (Kit Step #3)
  ☐ Solid debris (Kit Step #4)
    Specify collection site/substance:
  _____
  _____
  _____
  ☐ See diagram
  ☑ Dried Secretions (Kit Step #4)
    Specify collection site/substance:
  on neck
  _____
  _____
  ☐ See diagram
  ☐ Fingernail scrapings (Kit Step #4)
  ☑ Oral swabs and smear (Kit Step #9)
  ☐ Known saliva sample (Kit Step #11)
  ☐ Pulled head hairs (Kit Step #10)
    ☐ Victim declined

  ☐ Pubic hair combings (Kit Step #5)
    ☐ victim declined
  ☐ Pull pubic hair (Kit Step #6)
    ☐ victim declined
  ☑ Vaginal swabs and smears (Kit Step #7)
  ☐ Rectal swabs and smears (Kit Step #8)
    ☐ victim declined
  ☐ Other swab(s): Specify sites: _____
    ☐ See diagram
  ☐ Other, evidence collected (specify): _____

  ☐ Copy of consent form
  ☑ Copy of victim interview questionnaire
  ☑ Copy of exam findings documentation

  ☑ Rape Kit completed, sealed and security maintained with chain of custody

  ☑ Sealed Rape Kit secured in safe

SAFE Signature _____    Date 10/5/07

*White – Chart    Yellow – Police    Pink – Remains with Evidence*

**PSU000257**


ED-019

Form No. ED-019 Revised 10/30/00

COPY

**COPY**

**PHOTOGRAPHY DOCUMENTATION**

Imprint patient plate here

REDACT
HINDER,DESIREE
C.ED
REDACTED     22Y
10/05/07     SP

M000449399

UNIVERSITY H
ER

REDACTED

Mount Nittany Medical Center
State College, PA 16803-6797

## PHOTOGRAPHS

- ☐ No photographs taken  If not why:_____
- ☑ Photographs taken: Complete itemized listing below as appropriate:

\* **HH** = photos taken with hand held digital camera
\* **Colpo** = photos taken with Colposcope

| Photo # | ( √ ) *HH | ( √ ) *Colpo | ( √ ) Magnification | Anatomical Site | | Explain Abnormal Findings Photographed |
|---|---|---|---|---|---|---|
| | | | | ☐ see diagram | | |
| | | | | ☐ see diagram | | |
| | | | | ☐ see diagram | | |
| | | | | ☐ see diagram | | |
| | | | | ☐ see diagram | | |
| | | | | ☐ see diagram | | |
| | | | | ☐ see diagram | | |
| | | | | ☐ see diagram | | |
| | | | | ☐ see diagram | | |
| | | | | ☐ see diagram | | |
| | | | | ☐ see diagram | | |
| | | | | ☐ see diagram | | |

## Photograph Distribution

- ☐ 35 mm film given to law enforcement officer
- ☐ 35 mm film secured in safe
- ☑ CD of digital photographs given to law enforcement
- ☐ CD of digital photographs secured in safe
- ☐ Other: _HIM_____

_Janet R Nadel_          _10/5/07_
Signature of Photographer          (Date)

**PSU000258**

ED-018

Form No. ED-018 Revised 06/29/05

863-1111

REDACTED (Imprint Patient's Plate Here)    H000449399

HINDER,DESIREE
CER
NO DOCTOR, 433I    'Y    UNIVERSITY H
10/05/07    SP    ER

REDACTED

**COPY**

REPORTED SEXUAL ASSAULT
RAPE INTERVIEW DOCUMENTATION
Page 11 of 11
Mount Nittany Medical Center
State College, PA 16803-6797

On __10/5/07__    at __0836__    the following items, which were given to
    **Date**        **Time**

**Detective**
__Stephanie Brooks__    of the    __Penn State__
   **Police Officer**               **Police Department**

Write yes or no for all items:  (if no, explain)

(Sex Crime Kit)

Photographs: _yes_ CD _____ 35 mm film

Clothing (list): _yes_ Shirt/Blouse
          _yes_ Pants/Slacks
          _n/a_ Bra (pt did not wear)
          _yes_ Underpants
          _n/a_ Jacket/Coat

_yes_ Floor Drape
_n/a_ Drug Facilitated Sexual Assault kit
_____ Other_____

| | |
|---|---|
| _yes_ | Blood specimens ~ 2 tubes |
| _yes_ | Vaginal Swab/Slides |
| _yes_ | Vaginal Swabs for DNA |
| _n/a_ | Rectal Swabs/Slides |
| _yes_ | Dried Secretions |
| _n/a_ | Debris |
| _n/a_ | Pubic Hair Combings |
| _n/a_ | Pubic Hair Pulled |
| _yes_ | Oral Swabs |
| _no_ | Head Hair Pulled (refused |
| _n/a_ | Fingernail Scrapings |
| _yes_ | Saliva |
| | Other_____ |

_____    10/5/07  0836
**Signature of Police**     **Date/Time**

_____    10/5/07
**Signature of SAFE Employee**   **Date/Time**

For informational purposes:  Other chain of custody forms initiated:  Write yes or no for all items:  (if no, explain)

_yes_ Photograph CD to HIM
_____ Other_____

_____    10/5/07
**Signature SAFE Personnel**   **Date/Time**

**PSU000259**    _Aa_
                  **Initials**

White - Medical Record    Yellow - Law Enforcement    Pink - Remains with Evidence
                                            Revised 07/20/05

MOUNT NITTANY MEDICAL CENTER

PO BOX 1259                    STATE COLLEGE, PA 16804-1259



ACCOUNT NUMBER   REDACTED



SOCIAL SECURITY #   REDACTED



| | |
|---|---|
| ADMIT DATE/TIME    DISCHARGE DATE<br>10/05/07  0456 | ROOM/BED TYPE    SERVICE/LOC   UNIT #  M000449399<br>ER          C.ED |

NAME    MINDER, DESIREE

ADDRESS   REDACTED

PHONE   REDACTED

EMPLOYER STUDENT

DATE OF BIRTH  AGE   SEX MAR STAT RELIGION   RACE
REDACTED 22     F   S                      CA

PERSON TO NOTIFY/ADDRESS          RELATIONSHIP
MINDER, LAUREEN                   MOTHER

REDACTED

HOME PH REDACTED         WK PH

GUARANTOR/ADDRESS
NAME    UNIVERSITY,HEALTH SERVICES
ADDRESS ATTN:  DONNA DECKER 215 RITEN
        UNIVERSITY PARK,PA 16802
PHONE   (484)221-1886
RELAT   SELF / SAME AS PATIENT
EMPLOYER STUDENT

NEXT OF KIN/ADDRESS              RELATIONSHIP
MINDER, LAUREEN                  MOTHER

REDACTED

HOME PH                 WK PH

FINANCIAL CLASS    SELF-PAY

| INSURANCE NAME | POLICY NUMBER | GROUP NO. | SUBSCRIBER NAME | REL |
|---|---|---|---|---|
| SELF PAY INSURANCE | | X | | SP |

REASON FOR VISIT
SEXUAL ASSAULT

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN<br>Mishock,Kevin, D.O. | ER PHYSICIAN<br>Mishock,Kevin, D.O. |
|---|---|---|

| ARRIVAL MODE<br>PC | FAMILY PHYSICIAN<br>University Health Services | OTHER PHYSICIAN | USER<br>ROBIJO |
|---|---|---|---|

Does the patient have an advanced medical directive?

Do you want your admission published in the newspaper?

ADDITIONAL COMMENTS/NOTES


PT WAS TAKEN DIRECTLY BACK....SNE TAUTH FORM BACK WITH CHART TO BE
COMPLETED....JAR

**PSU000260**

NOTE: This report is strictly Confidential and
is for the information only of the person to
whom it is addressed. No responsibility can be
...ted if it is made available to any other

MOUNT NITTANY MEDICAL CENTER
State College, Pennsylvania

Unit Number: M000449399
Patient Name: MINDER,DESIREE
Date of Birth: REDACTED
Age: 22
Service Date: 10/05/07

Acct ID: REDACTED
Fam Phy:  University Health Service
Pri Phy:  University Health Services
Loc:  C.ED
ED Phy: Mishock,Kevin, D.O.

COPY

CC: Mishock,Kevin, D.O.
Referring Physician
University Health Services

*NOTICE TO RECEIVING PARTY/AGENCY** This information is strictly Confidential and protected under Pennsylvania law. Pennsylvania law prohibits you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is authorized by law.  A general authorization for the release of medical or other information is not sufficient for this purpose.  Hospital accepts no responsibility if the information is made available to any other person, INCLUDING THE PATIENT.

## History of Present Illness
Chief Complaint S. ASSAULT
Stated Complaint SEXUAL ASSAULT

This is a 22-year-old white female who presents to the ED for evaluation of alleged sexual assault. The patient reports that she met up with a friend and went to his residence.  She reports that she must have fallen asleep at that location.  She states that when she awoke, her friend was on top of her having sex with her.  She states that she tried to get up but he hit her in the right side of her back.  She then let the sex act continue.  She states that after this occurred he fell asleep.  She then got up and was leaving.  At that time his phone rang and he woke up.  She told him that she was leaving and left the residence.  After she left, she called a girlfriend.  She met up with her and the police were contacted and she was referred to the ER for evaluation.  The patient complains of feeling some discomfort in her vaginal and pelvic area.  She has no other complaints at this time. Please refer to the sexual assault nurse notes/exam for more detailed information about this patient's visit.

## Review of Systems

As above otherwise negative for least 10 systems

## Past Med Family Social History

## Past Medical History

None

## Social History

Drinks on occasion.  Penn State student.
Allergies
Coded Allergies:
No Known Allergies (Verified Allergy, Mild, 9/6/07)

Home Med and Scripts
Phenergan (Promethazine HCl) 25 Mg PO Q6HR PRN
Combivir (Lamivudine/Zidovudine) 1 Tab PO BID

PSU000261

Combivir (Lamivudine/Zidovudine) 1 Tab PO BID
Sustiva (Efavirenz) 600 Mg PO HS
Sustiva (Efavirenz) 600 Mg PO HS
Nuvaring (Ethinyl Estradiol) 1 Ea VAGRING MONTHLY



## Physical Examination

Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/5/07 04:52 | 36.7 | 112 | 22 | 125/77 | 98 | Room Air 0 | | |

Pain Rating on Scale of 1-10 4

VITAL SIGNS: Reviewed / noted above.
GENERAL: This is a 22 year old white female in no acute distress and non-toxic in appearance.
SKIN: Warm, dry, and Pink.
HEAD: Normocephalic atraumatic.
EYES: without scleral icterus or trauma.
OROPHARYNX: clear and moist.
TYMPANIC MEMBRANES: clear.
NECK: Is supple without lymphadenopathy or meningismus.
LUNGS: Clear.
HEART: Regular rate and rhythm.
ABDOMEN: Soft and nontender.  No organomegaly or pulsatile mass.  No rebound or guarding.
Normal bowel sounds.
EXTREMITIES: Warm and well perfused.
BACK: No CVA tenderness.  No obvious trauma to the back area where she was hit.
NEUROLOGICALLY: Intact without focal deficits.
PSYCHIATRIC: anxious/upsetl affect.
MUSCULOSKELETAL: Normally developed with good muscle tone.  No evidence of trauma.
PELVIC: Please see the sexual assault nurse notes for this evaluation.  It was not performed by
myself.

ALL NURSING DOCUMENTATION REVIEWED.

## Procedures

Meds Administered
Azithromycin (Zithromax Tab) 1000 mg STK-MED ONCE PO;  Start 10/5/07 at 07:12;  Stop 10/5/07 at
07:13;  Status DC
Promethazine HCl (Phenergan Tab) 25 mg STK-MED ONCE PO;  Start 10/5/07 at 07:12;  Stop 10/5/07 at
07:13;  Status DC
Levonorgestrel (Plan B) 0.75 mg STK-MED ONCE PO;  Start 10/5/07 at 07:13;  Stop 10/5/07 at 07:14;
Status DC
Promethazine HCl (Phenergan Tab) 25 mg STK-MED ONCE PO;  Start 10/5/07 at 07:16;  Stop 10/5/07 at
07:17;  Status DC
Ceftriaxone Sodium 250 mg/ Syringe 0mls @ 0 mls/min DAILY IM;  Start 10/5/07 at 07:30;  Stop 10/5/07 at
09:00
Lamivudine/ Zidovudine (Combivir Tab) 1 tab 0730 PO;  Start 10/5/07 at 07:30;  Stop 10/5/07 at 09:00
Efavirenz (Sustiva) 600 mg 0730 PO;  Start 10/5/07 at 07:30;  Stop 10/5/07 at 09:00

PSU000262

## Medical Decision Making

## Course

The majority of the time the patient spent in the ED was with the sexual assault nurse who did the majority of the evaluation.  I briefly saw the patient to assess the need for HIV prophylaxis and for STD/pregnancy prophylaxis.  The patient did request of prophylaxis including HIV.  She was warned of a harsh side effects of this prophylaxis and she felt that she wanted to continue with prophylaxis. The patient was given prophylaxis for STDs, pregnancy and HIV.  She was also given a 3-day course of Sustiva and Combivir for HIV prophylaxis.  In addition she was given a 27 day course of each of these.  She was also given a prescription for Phenergan for nausea.  She is to follow-up with University Health Services on Monday for further evaluation and care.  She is going to follow up with police after her exam here.

## Med Decision

The patient reports alleged sexual assault.  The patient does not have any findings to suggest any acute head, neck, chest, back, abdominal or extremity trauma.  Please see the nurse's sexual assault exam for any evidence of sexual trauma.

## Impression

alleged sexual assault

DISPOSITION: Discharge home.  Follow-up with  University Health Services for recheck/further evaluation in 3 days.  Prescriptions were given for HIV prophylaxis including Combivir, Sustiva and Phenergan.

## Departure
Patient Instructions A Signature Page
Referrals University Health Services


<Electronically signed by Kevin Mishock D.O.>

Signed:  10/05/07 0749


The status of this report is Signed
Draft = Not yet finalized by the Emergency Department Physician
ISigned = Signed by the Physician Assistant, not yet co-signed by Physician
Signed = Reviewed and approved by the Emergency Department Physician
MNE: ERTEMPLATE
p:

```
RUN DATE: 10/05/07              Mount Nittany Medical Center EMR              PAGE 1
RUN TIME: 1227                        Specimen Inquiry

PATIENT: MINDER,DESIREE            ACCT #  REDACTED    LOC:  C.ED
                                   AGE/SX: 22/F        ROOM:
REG DR:  Mishock,Kevin, D.O.       DOB:               BED:
                                   STATUS: DEP ER      TLOC:
```

```
SPEC #: 1005:SC00007U      COLL: 10/05/07-0730    STATUS:  RES       REQ #: 02547485
REF#                       RECD: 10/05/07-0738    SUBM DR: Mishock,Kevin, D.O.

ENTERED: 10/05/07-0715                            OTHR DR: University Health Services
ORDERED: HIV
COMMENTS: Comments to Phlebotomist ROOM 11
```

```
  Test                        Result          Flag    Reference

  HIV                  |                   |      |
    HIV                |         PENDING   |      |
```

** END OF REPORT **

PSU000264




10/05/07
MINDER, DESIREE
C.E
Mishock,Kevin,
D.O.

MOUNT NITTANY
MEDICAL CENTER       Emergency Dept: 814-234-6110

---

Patient Visit Information

Staff

Your caregivers today were:

Physician       Mishock,Kevin, D.O.
Nurse           JRC

Patient Instructions Reviewed

A Signature Page

   received 10/05/07 - 0733

Activity Restrictions or Additional Instructions

Follow-up with University Health Services this Monday for further evaluation and
care.
Take Combivir twice a day as prescribed and Sustiva 600 mg before bed time as
prescribed.  You had been given a prescription for the first 3 days of the
medication.  You also been given a second prescription for the remainder of the
days and the medication should be used for a total of 30 days.  You have also
been prescribed Phenergan for nausea.  These medications can cause yet to fill
very ill.  You must weigh the possible risks of HIV versus the side effects of
the medication and the side whether or not you wishe to continue them if the
side effects are severe.
Phenergan for nausea, this may cause drowsiness therefore no driving within 4 to
6 hours of use.

Medication Dose and Instructions

Lamivudine/Zidovudine 1 TAB, BY MOUTH TWICE DAILY, #6
Lamivudine/Zidovudine 1 TAB, BY MOUTH TWICE DAILY, #54
Promethazine 25 MG, BY MOUTH EVERY SIX HOURS AS NEEDED, #30
Efavirenz 600 MG, BY MOUTH AT BEDTIME, #3
Efavirenz 600 MG, BY MOUTH AT BEDTIME, #27

Follow-up

MINDER,DESIREE has been referred to the following clinics/specialists for follow up care:

   University Health Services
      University Park, PA 16801
      Ph: (814)863-0774

PSU000265

IMPORTANT VISIT INFORMATION



Your x-ray, ECG or lab report has been reviewed by the Emergency Department physician.  X-rays and ECG's will be read by specialists in those departments. Culture reports require 48 hours to complete.  If there is a discrepancy which is clinically significant the Emergency Department will call you.  If you have a concern or question you may call us after 7 PM at 814-234-6110.

Please avoid all tobacco products.  If you need help to stop smoking, call Pennsylvania's FREE QUITLINE at 1-877-724-1090.

Return to the Emergency Department for any problems or schedule a follow-up appointment with your own doctor.

You have received emergency treatment only and may be released before all of your medical problems are known or treated.  Follow-up treatment with your family physician or a specialist may be necessary.

Departure Forms for MINDER,DESIREE

WORK / SCHOOL INSTRUCTIONS

PSU000266



10/05/07
V0002I658021
MINDER,DESIREE
C.ED
MisHock,Kevin,
D.O.

MOUNT NITTANY
MEDICAL CENTER    Emergency Dept: 814-234-6110

A Signature Page

Patient Instructions Signature Page

Patient Name: _____

Guardian Name:_____

The above-named patient and/or guardian has received the following patient instructions:

_____ on this date: _____

I have read and understand the instructions given to me by my caregivers.

Print Patient Name: _____

Patient (or Guardian) Signature/Date: _____

Caregiver/RN/Doctor Signature/Date: _____

```
                                                                          PAGE 1
DATE: 10/05/07 @ 1228      Mount Nittany Medical Center EDM *LIVET*
USER: CHRILY                    EDM Patient Record

                                                       Account No.   M0004493...
Patient  MINDER,DESIREE                                Unit No.      M0004493...
Age/Sex  22/F
                                                          Arrival Date  10/05/07
                                                                 Time  0451
   —ER Caregivers—                                        Triage Date  10/05/07
Physician       Mishock,Kevin, D.O.                              Time  0452
Practitioner
Nurse           Janet R. Cady

PCP             University Health Services

Stated Complaint SEXUAL ASSAULT
Chief Complaint  S. ASSAULT
     Priority                    Severity      9
                                                       Departure Date  10/05/07
Departure Disposition  HOME, SELF-CARE                         Time  0800
Departure Diagnosis    ALLEGED SEXUAL ASSAULT
Departure Comment
Departure Condition    GOOD
```

### Allergies

| Allergy or Adverse Reaction | Type Allergy | Sev M | Date 09/06/07 | Ver Y |
|---|---|---|---|---|
| No Known Allergies (NKA) | | | | |

### Active Medications

```
Provider  Mishock,Kevin, D.O.
                                                              Issued
Medication                      Location                      10/05/07
Efavirenz                       EMERGENCY MEDICINE
Sustiva 600 Mg Tab
        600 MG, #3 TAB PO HS   REF 0
                                                              10/05/07
Efavirenz                       EMERGENCY MEDICINE
Sustiva 600 Mg Tab
        600 MG, #27 TAB PO HS  REF 0
                                                              10/05/07
Lamivudine/Zidovudine           EMERGENCY MEDICINE
Combivir 150 Mg/300 Mg Tab
        1 TAB, #6 TAB PO BID . REF 0
                                                              10/05/07
Lamivudine/Zidovudine           EMERGENCY MEDICINE
Combivir 150 Mg/300 Mg Tab
        1 TAB, #54 TAB PO BID  REF 0
                                                              10/05/07
Promethazine                    EMERGENCY MEDICINE
Phenergan 25 Mg Tab
        25 MG, #30 TAB PO Q6HR PRN  REF 0
```

PSU000268



DATE: 10/05/07 @ 1228      Mount Nittany Medical Center EDM *LIVET*      PAGE 2
USER: CHRILY                        EDM Patient Record

Patient  MINDER,DESIREE                                  Account No.
Age/Sex  22/F                                            Unit No. M000?4485?

Provider  <NONE>

                                         Location                      Issued
Reported Medication                      MED/SURG WEST
Etonogestrel/Ethinyl Estradiol ..
Nuvaring 1 Ea Vagring

    1 EA VAGRING MONTHLY  REF 0

───────────────────────────────────────────────────────────────────────────

                              Assessments

                            SEXUAL ASSAULT
              By Samantha Jo Eischeid        on 10/05/07 at 0452

Chief Complaint
    Chief Complaint:            SEXUAL ASSAULT ON CAMPUS.  SEE PAPER CHART.

                            TRIAGE ASSESSMENT
              By Samantha Jo Eischeid        on 10/05/07 at 0452

Temperature
    Temperature (Celsius)       36.7
    Temperature Source          Oral

Blood Pressure
    Occurrence #1
      Systolic                  125
      Diastolic                 77

Pulse
    Occurrence #1
      Pulse Rate                112

Respiration
    Respiratory Rate            22
    O2 Sat by Pulse Oximetry    98
    Oxygen Delivery Method      Room Air
    Oxygen Flow Rate
    Fraction of Inspired Oxygen
    Does Patient use Oxygen at ...  No
    If Yes, How Much?

Pain Rating
    Pain Rating (0-10)          4

History of Injury
    Is This Work Related?       No
    Is This From An MVA?        No

PSU000269



DATE: 10/05/07 @ 1228    Mount Nittany Medical Center EDM *LIVET*    PAGE 3
USER: CHRILY                        EDM Patient Record

Patient  MINDER,DESIREE                          Account No.
Age/Sex  22/F                                    Unit No.  M00049359

**Weight**
    Weight in Kilograms

**Last Tetanus**
    Tetanus/Date:                UTD

**Reproductive Information**
    Date LMP:                    2 WKS

**Safety**
    Do You Have Any Concerns Ab...    No

**Goal**
    Goal                         EVAL AND TX

**Triage Category**
    Triage Category              3

**ED DISCHARGE ASSESSMENT**
                By Janet R. Cady                on 10/05/07 at 0800

**Outcome**
    Patient Outcome Note:        PT EVALUATED AND TREATED
    Understand Discharge instru...    Yes
    Understand Prescriptions?    Yes
    Any Homepacks given?         Yes
    Medication Information Hand...    Yes

**Discharge Assessment**
    Temperature (Celsius)
    Temperature Source
    Pulse Rate
    Pulse Position
    Respiratory Rate
    Blood Pressure Systolic
    Blood Pressure Diastolic
    Blood Pressure Position
    O2 Sat by Pulse Oximetry
    Oxygen Delivery Or Room Air?
    Pain Rating At Discharge     4
    Has IV Been Discontinued?    N/A

**Discharge Information**
    Room Number
    Transferred To
    Discharge Date               10/05/07
    Discharge Time               0800
    Condition on Discharge       Good
    Discharged With              PENN STATE POLICE DETECTIVE BROOKS
    Disposition:                 Home

PSU000270



PAGE 4

DATE: 10/05/07 @ 1228          Mount Nittany Medical Center EDM *LIVET*
USER: CHRILY                            EDM Patient Record

Patient  MINDER,DESIREE                              Account No.
Age/Sex  22/F                                        Unit No.: M00044935

## Patient Notes

By: Janet R. Cady                                    On: 10/05/07 - 0830
    PLEASE SEE SEXUAL ASSAULT DOCUMENTATION

## Orders

|                                                    | Ordering Provider |
| Date       Time  Procedure                         |  |
| 10/05/07 0714  HIV                                 | Mishock,Kevin, D.O. |
| 10/05/07 0718  AZITHROMYCIN TAB (ZITHROMAX TAB)    | Mishock,Kevin, D.O. |
| 10/05/07 0718  LEVONORGESTREL (PLAN B)             | Mishock,Kevin, D.O. |
| 10/05/07 0718  PROMETHAZINE HCL TAB (PHENERGAN TAB)| Mishock,Kevin, D.O. |
| 10/05/07 0720  PROMETHAZINE HCL TAB (PHENERGAN TAB)| Mishock,Kevin, D.O. |
| 10/05/07 0725  CEFTRIAXONE SOD (ROCEPHIN)          | Mishock,Kevin, D.O. |
| 10/05/07 0726  EFAVIRENZ (SUSTIVA)                 | Mishock,Kevin, D.O. |
| 10/05/07 0726  LAMIVUDINE/ZIDOVUDINE TAB (COMBIVIR TAB) | |

## Lab Results

| Date       Time  Test        | Result  | Reference |
|---|---|---|
| 10/05/07  0730  ZZHIV-ANTI    | PENDING | NEG |

## Medication Administration Records

| Medication | Sch Date-Time<br>Doc Date-Time | Admin Dose<br>Given - Reason | Site | User |
|---|---|---|---|---|
| AZITHROMYCIN 250 MG TAB .STK-MED/ONE/PO | 10/05/07-0712<br>10/05/07-0721 | 1000 MG<br>Y | | Janet R. Cady |
| PROMETHAZINE HCL 25 MG TAB .STK-MED/ONE/PO | 10/05/07-0712<br>10/05/07-0721 | 25 MG<br>Y | | Janet R. Cady |
| LEVONORGESTREL 0.75 MG TAB .STK-MED/ONE/PO | 10/05/07-0713<br>10/05/07-0721 | 0.75 MG<br>Y | | Janet R. Cady |
| PROMETHAZINE HCL 25 MG TAB .STK-MED/ONE/PO | 10/05/07-0716<br>10/05/07-0829<br>for home usage | 25 MG<br>Y | | Janet R. Cady |
| CEFTRIAXONE SOD 250 MG in SYRINGE 0 ML DAILY/IM | 10/05/07-0730<br>10/05/07-0745 | 0 MLS/MIN<br>Y | | Janet R. Cady |
| LAMIVUDINE/ZIDOVUDINE TAB 0730/PO | | | | |



DATE: 10/05/07 @ 1228      Mount Nittany Medical Center EDM *LIVET*
USER: CHRILY                        EDM Patient Record

Account No.
Unit No. M000443

Patient  MINDER, DESIREE
Age/Sex  22/F

                              10/05/07-0730   1 TAB                        Janet R. Cady
                              10/05/07-0745   Y

EFAVIRENZ (SUSTIVA) 200 MG CAP .0730/PO
                              10/05/07-0730   600 MG
                              10/05/07-0745   Y                           Janet R. Cady

---

**Patient Instructions**

A Signature Page

**Additional Instructions**

Follow-up with University Health Services this Monday for further evaluation and
care.
Take Combivir twice a day as prescribed and Sustiva 600 mg before bed time as
prescribed.  You had been given a prescription for the first 3 days of the
medication.  You also been given a second prescription for the remainder of the
days and the medication should be used for a total of 30 days.  You have also to fill
been prescribed Phenergan for nausea.  These medications can cause yet to fill
very ill.  You must weigh the possible risks of HIV versus the side effects of
the medication and the side whether or not you wishe to continue them if the
side effects are severe.
Phenergan for nausea, this may cause drowsiness therefore no driving within 4 to
6 hours of use.

**Referrals**

   MINDER, DESIREE has been referred to the below for follow up care:

      University Health Services
      University Park, PA 16801
      Ph: (814)863-0774
      Fax: (814)865-6982

**Departure Forms**

WORK / SCHOOL INSTRUCTIONS
HOME CARE DOCUMENTATION FORM
IMPORTANT VISIT INFORMATION