# APPENDIX 21

Penn State Defendants' Documents in Support of
Motion for Summary Judgment/Statement of Facts

# APPENDIX 21

101707PHscott

COMMONWEALTH OF PENNSYLVANIA:  NO. CR-414-07

      VS           :

AUSTIN SCOTT            :

TRANSCRIPT OF PROCEEDINGS

PRELIMINARY HEARING

BEFORE:  DANIEL R. HOFFMAN,
          MAGISTERIAL DISTRICT JUDGE

DATE:    OCTOBER 17, 2007
        11:00 A.M.

PLACE:   CENTRE COUNTY COURTHOUSE ANNEX
        COURTROOM NO. 1
        BELLEFONTE, PA  16823

MARKLE REPORTING
HC 63 BOX 58
MIFFLINTOWN, PA  17059
(717)436-2133

2

1.  APPEARANCES:

2   FOR COMMONWEALTH:

Page 1

101707PHscott

```
 3   CENTRE COUNTY DISTRICT ATTORNEY'S OFFICE
     BY:  LANCE MARSHALL, ASSISTANT DISTRICT ATTORNEY
 4   CENTRE COUNTY COURTHOUSE
     ROOM 404
 5   BELLEFONTE, PA  16823

 6   FOR DEFENDANT:

 7   KAROLY LAW OFFICES
     BY:  JOHN P. KAROLY, JR., ESQUIRE
 8   1555 NORTH 18TH STREET
     ALLENTOWN, PA  18104
 9
     LAW OFFICES OF JOSEPH L. AMENDOLA
10   BY:  JOSEPH L. AMENDOLA, ESQUIRE
     110 REGENT COURT
11   SUITE 202
     STATE COLLEGE, PA  16801
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1              INDEX TO WITNESSES

 2   FOR COMMONWEALTH    DIRECT CROSS REDIRECT RECROSS

 3   DESIREE MINDER         6     27     96     --

 4   JANET R. CADY         97    106    114     --

 5

 6

 7              INDEX TO EXHIBITS
                    Page 2
```

101707PHscott

| | | MARKED | PRODUCED |
|---|---|---|---|
| 8 | FOR COMMONWEALTH | | |
| 9 | (NONE MARKED.) | | |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

---oOo---

1

2      THE COURT:  Are you gentlemen all set to

3  proceed?

4          MR. MARSHALL:  Yes, Your Honor.

5          MR. KAROLY:  Yes, Your Honor.

6          THE COURT:  Ladies and gentlemen, if you

7  have a cell phone on, please turn it off.  Anybody that

8  has a cell phone, please turn it off.  Thank you very

9  much.

10          What we're here for is a Preliminary

11  Hearing.  I have Austin Scott being the Defendant.

Page 3

101707PHscott

12   OTN is K 586743-3.  Is Defense going to waive reading?

13          MR. KAROLY:  Your Honor, my name is Attorney

14   John Karoly.  My ID Number is 22224.  I'm here on behalf

15   of Mr. Scott.  I would waive the formal reading of the

16   Complaint and the seven criminal surcharges that appear

17   therein, without waiving any substantive defects, and

18   enter a plea of not guilty.  Also, as my assistant

19   counsel -- co-counsel locally, Mr. Amendola, as the

20   Court's familiar with.

21          THE COURT:  Okay.  Reading of the charges

22   having been waived, Commonwealth call their first

23   witness, please.

24

25
                                                              5

1          DESIREE MINDER, having been called as a

2    witness, being sworn, testified as follows:

3

4          THE COURT:  You may be seated.  You'll need

5    to talk right into that microphone.  Okay?  It's really

6    touchy, so you need to pull right up on it.

7          MR. KAROLY:  Your Honor, at this time, the

8    Commonwealth having identified their first witness, I

9    would move to sequester any remaining Commonwealth

10   witnesses.

11          MR. MARSHALL:  The only other witness is

12   Brian Rodgers.  I don't see him in the courtroom.  He's

13   an Affiant -- oh, he's behind me -- as well as Janet

14   Cady, the Emergency Room nurse.  I mean, if he really

15   wants the nurse out of the courtroom, that's fine.

16          MR. KAROLY:  Thank you.
                          Page 4

101707PHscott

17   MR. MARSHALL:  Okay.

18 (Whereupon, the witnesses were sequestered.)

19   MR. KAROLY:  Your Honor, I would also

20 respectfully request, although I've never seen it before

21 in my career, there are co-Affiants here.  I'd ask that

22 the Commonwealth select a police prosecutor who may

23 remain during the course of this testimony.  But the

24 other Affiant, I'd like to be sequestered as well.

25   MR. MARSHALL:  Like he said, it's never been

                6

1 done before.  I think the Affiant has a right to be in

2 the courtroom.  He's the arresting officer, and he

3 should be here.

4   MR. KAROLY:  Well, I --

5   THE COURT:  Just let me ask a question.

6 That wasn't just assigned then?  Both of them are taking

7 the case?

8   MR. MARSHALL:  Yes, Your Honor, both are

9 co-Affiants.

10   THE COURT:  Okay.  We're not going to

11 sequester them.

12   THE COURT:  Would you like to begin?

13   MR. MARSHALL:  Yes.

14

15      DIRECT EXAMINATION

16

17 BY MR. MARSHALL:

18  Q  Ma'am, would you please state your name?

19  A  Desiree.

20  Q  And, Desiree, how old are you?

Printed from Centre County Online Access - 5/23/2008 9:38:16 AM

101707PHscott

21     A     I am 22.

22     Q     And are you a Penn State student?

23     A     Yes.

24     Q     And when do you anticipate graduating?

25     A     Next year -- or at the end of this year, so

7

1   in the Spring of '07.

2     Q     Spring of '08?

3     A     Or '08, yes.

4     Q     And what kind of degree do you --

5     A     I'm in Crime Law Justice with attention with

6   Prelaw.

7     Q     Do you know the person that's seated to my

8   right (indicating)?

9     A     Yes.

10     Q     What's his name?

11     A     Austin Scott.

12     Q     And can you describe your relationship with

13   him?  And kind of go in-depth, beginning with when you

14   first met him and how much contact you had with him.

15     A     About two months ago, he came into my -- where

16   I work.  I'm a bartender downtown, and he came in --

17     Q     Let me stop you right here.  Where are you a

18   bartender at?

19     A     It's called Beulah's and Bar Bleu.

20     Q     All right.  He came into your bar a couple

21   months ago?

22     A     Yes.

23     Q     Describe what happened.

24     A     I guess -- he came in with another girl and

25   just introduced himself and talked casually, nothing big

Page 6

1  about -- a little bit after that, I was walking down the

2  street on my way to campus when --

3       MR. KAROLY:  I'm sorry, Your Honor.  I'm

4  having trouble hearing.

5       THE COURT:  You'll have to pull that up.

6            (Witness complies.)

7       THE COURT:  There you go.  You need to be

8  about two inches from it.

9       THE WITNESS:  Okay.  I was walking down the

10  street going to campus, when he approached me on the

11  street and stopped me; I guess he had remembered me, and

12  reintroduced himself and asked me for my phone number

13  and said that he'd like to hang out and whatnot.  We

14  talked casually about -- I think the first time I met

15  him he talked about his tattoo on his back and we talked

16  about that a little bit and then I started to go to

17  class.  Later that day, I received a text message from

18  him.  And then from that point forward, it was just

19  casual conversation through text messaging.  I think we

20  talked on the phone maybe once or twice.

21  BY MR. MARSHALL:

22       Q     So in that two-month time period, had you --

23  how much face-to-face contact with him did you have?

24       A     None.

25       Q     Okay.  How many text messages do you think you

9

1  sent back and forth?

2       A     He text messaged me almost every single day.

Page 7

101707PHscott

3    Q    What about other forms of communication, like

4  e-mail --

5    A    No e-mail.  He did call me once when he was at

6  an away game; but other than that, nothing.

7    Q    I want to turn your attention now to the late

8  evening of October 4th and the early morning hours of

9  October 5th of 2007.  What were your plans for the

10  evening?

11    A    Well, originally -- I had planned to go with

12  my friend, Nancy.  It was the first day I had a Thursday

13  off of work, and a lot of my friends were upset with me

14  because they hadn't seen me in a while.  So my friend

15  Nancy came and picked me up and then we went to her

16  house.  When I was asked -- earlier, I think the night

17  before, Austin asked me if I wanted to hang out with

18  him; but still I wanted to go out with Nancy and went

19  with her to a bar downtown.

20    Q    What was the name of the bar?

21    A    Tony's Big Easy.

22    Q    Okay.  What time did you arrive there?

23    A    We went to her house first.  We were there for

24  about a half-hour, 45 minutes, maybe an hour at the

25  most.  I think we got to Tony's around 10:30 or so, and

10

1  then -- so I was there with her and a couple of other

2  people, and then I --

3    Q    Do you recall the names of those other people?

4    A    I didn't know them to see -- I mean, most of

5  them were Nancy's friends; and then obviously there was

6  people that I knew there, also.

7    Q    Okay.  So you got to Tony's about 10:30.  How

Page 8

101707PHscott

8   long were you there and what did you do then?

9        A     I'm not sure exactly how long I was there, at

10  least until, I'm going to say, 11:30, quarter -- 12:00,

11  somewhere around there, when I decided that I was going

12  to go to another bar where I know a lot of people who

13  work there and my friends left; so I went to another

14  bar.

15        Q     And what bar was that?

16        A     It's the Saloon.

17        Q     Okay.  And what time did you arrive at the

18  Saloon?

19        A     I'm not positive of the time.  It was

20  somewhere around 12:00.  I remember looking at the clock

21  and it was still early.  I think it was somewhere in

22  between 12 or 12:30 and 12:45, so I stayed there for a

23  little bit.  And when I went to go use the restroom --

24  and in order for me to get cell phone service, I have to

25  use the restroom over at the Deli, which is connected to

11

1   the Saloon.  And I always use that bathroom, because the

2   lines at the Saloon are horrible and I don't -- it takes

3   like a half-hour just to use the restroom, so I went to

4   the Deli.  When I started -- I'm not sure who initiated

5   the conversation, but I started communicating with

6   Austin about hanging out again.  We had talked earlier

7   about it.

8        Q     Okay.  Describe that earlier conversation you

9   had with Austin about hanging out this particular night.

10       A     Well, since we had made plans to hang out

11  beforehand, he asked me what I was doing.  It was on the

Page 9

101707PHscott

12  way to Nancy's house, actually. He had asked me what I
13  was doing. I told him that I was now at the Saloon, and
14  I described that I was starting to get a little bit
15  drunk, not bad though; but I started feeling -- I was by
16  myself -- I mean, I was with people that I knew, but
17  they were all working. So, at that time, he asked me if
18  I wanted to meet; and I said, sure, I guess so. Come
19  get me. So then I went back down to the Saloon and
20  continued talking to my friends that were working, and
21  Austin had come down to get me. Next thing I knew, I
22  saw him in the bar walking around and --
23          MR. KAROLY: Again, Your Honor, I'm sorry.
24  Her last -- could I ask that the answer be repeated, or
25  at least the last part of it?

                                                        12

1           MR. MARSHALL: You had mentioned Austin came
2   into the Saloon.
3           THE WITNESS: He came into the Saloon. I
4   saw that he was looking for me, so I went over to find
5   him. And I went over and then closed my tab at the
6   Saloon and then grabbed my purse and I left with him.
7   BY MR. MARSHALL:
8       Q       Approximately, what time did Austin arrive at
9   the Saloon?
10      A       I think it was a little after 1. Like I said,
11  around 1:15 or so, maybe 1:30. I'm not sure. And then
12  we started walking towards his house.
13      Q       Now, as you were -- or while you were at the
14  Saloon and before you started walking to Austin's house,
15  are you feeling the effects of the alcohol that you had
16  consumed that night?
                    Page 10

101707PHscott

17    A    I mean, not much. I was feeling the effects,

18 but not -- like, I just remember being extremely tired,

19 I guess, from working so much and then the alcohol just

20 started to put me asleep, so that's about it.

21    Q    Okay. Do you recall how much alcohol you had

22 to drink that night?

23    A    Yes, I do.

24    Q    How much alcohol?

25    A    At Tony's Big Easy I had seven -- it's a

13

1 little -- each glass is a little bit under a shot of

2 vodka with cranberry. I had seven glasses of those, as

3 well as one shot. And then at the Saloon I had about a

4 half of -- it was a vodka with cranberry and pineapple

5 as well. I had about half a glass.

6    Q    So based upon your working at Bar Bleu, you

7 pretty much know how much alcohol you had to drink?

8    A    Yes.

9    Q    And, again, can you say how many servings it

10 was?

11    A    If you base a serving off of a shot, I

12 probably had about three-quarters of a shot of Crown

13 Royal; and then throughout the night, I probably had

14 about four shots -- four or five shots of vodka, give or

15 take.

16    Q    Okay. And this is between 10:30 and 1:30 in

17 the morning?

18    A    Yeah. Yes.

19    Q    Now, as you're walking home with Austin,

20 describe the conversation that you had with him.

Page 11

101707PHscott

21    A    Umm, we were walking; and when I was -- I

22  stopped him and I just let him know that I wasn't going

23  to have sex with him.

24    Q    Let me stop you right there.  What did you say

25  to him?

14

1    A    I said, "Just so you know, I'm not going to

2  have sex with you."

3    Q    Okay.

4    A    And then I told him how that's not the kind of

5  person I am.  I don't know what his intentions are, but

6  that's not what I was going to do.  And he kind of

7  laughed and he's like, "Do you want me to call you a

8  taxi?"  And I said, "Sure."  And then he said, "Well,

9  could I at least cop a feel?"  And I thought he was

10  joking at this point, so I laughed and I said, "No."

11  And we started walking again at this point, and

12  something interrupted our conversation, I guess someone

13  who knows him, and they started talking; and he talked

14  the whole time while we walked to Austin's room.

15    Q    Now, as you're walking to Austin's home, are

16  people on the street kind of saying stuff to him?

17    A    Yeah.  There was -- I know at one point

18  somebody screamed out, "Austin."  I'm not even sure what

19  his exact words were, but it was something about Austin

20  and his playing ability and about him just being on the

21  football team in general; and I laughed and I made a

22  comment --

23         MR. KAROLY:  Again, Your Honor, I owe it to

24  my client to be able to hear what she's saying.  That's

25  so muffled, I couldn't hear the last sentence at all.

Page 12

1           MR. MARSHALL:  You were talking about what

2    people were saying to you and -- or at least Austin, as

3    you're walking home.

4           THE WITNESS:  Yeah.  People made comments

5    about just how he -- something about him playing.  I

6    never really paid attention to it; and I made a comment

7    to Austin like, "Oh, I didn't realize I was hanging out

8    with a celebrity."  And the next thing you know, "That's

9    not going to fly with me."  And he just kind of laughed;

10   and he's like, "No, it's not like that."

11          THE COURT:  Excuse me a second.  Can you

12   hear that?  I guess it's different for me.  I can hear

13   her fine, but I'm right on it.

14          MR. KAROLY:  I know we can't change seats,

15   Judge, and I apologize; but I honestly -- at this point,

16   none of us can hear what she's saying.

17          MR. MARSHALL:  I don't know what to say.  I

18   can hear her.

19          THE COURT:  Well, there was trouble with

20   that table before.  Is there any way to turn that up?

21      (A discussion was held off the record.)

22          THE COURT:  Try sliding it even closer to

23   you.  You were about an inch away before and your voice

24   was perfect.

25          THE WITNESS:  Okay.

1           THE COURT:  Okay?  Don't get upset about it.

2    We just all need to hear.  Okay?  Can you pull that to

101707PHscott

3    you just a little bit more, just right up to you.

4            (Witness complies.)

5            THE COURT:  Okay.  Talk right into that

6    about an inch away.

7            THE WITNESS:  Okay.  Is this good?

8            MR. KAROLY:  I guess we'll find out.  I

9    don't know.  The last thing I remember, "No, it's not

10   like that" by Mr. Scott.  That's the last thing we

11   heard.

12           THE WITNESS:  And then at that point, we

13   just continued walking; and Austin carried on a

14   conversation with this person that I don't know.  The

15   person was pretty drunk.  He was talking about

16   McDonald's food and just random stuff, and we also

17   talked about cell phones; and that's basically it.

18   BY MR. MARSHALL:

19       Q    How long did you walk alone with Austin

20   without this third person?

21       A    Not at all.  This person walked the entire

22   time.  The only time I was alone with Austin up to that

23   point was from the block from the Saloon to the block

24   right in front of McLanahan's.

25       Q    So you get to Austin's apartment?

                                                    17

1        A    Yes.

2        Q    Do you recall where that was?

3        A    All I know it as is the Nittany Apartments on

4    campus.  That's all I recall about it.

5        Q    Okay.  And was it just you and Austin then

6    that went inside the apartment?

7        A    The other person split from us about 30
                        Page 14

101707PHscott

8    seconds before we went into the apartment, but it was

9    just Austin and I walking into his apartment.

10        Q    Had you ever been in this apartment before?

11        A    No.

12        Q    Did you see anyone else in the apartment?

13        A    No.

14        Q    Were you introduced to anyone else in the

15   apartment?

16        A    No.

17        Q    What happened when you got into the apartment?

18        A    At that time, we went into the bedroom and we

19   turned on the TV.  He said he was going to use the

20   restroom, and told me to make myself comfortable

21   basically.  I --

22             MR. KAROLY:  Again, Judge, I'm sorry.  I'm

23   going to have to ask her to repeat that answer, because

24   we didn't hear it.

25             MR. MARSHALL:  I don't know what to say.  I

                                                        18

1    can hear her fine.

2             THE COURT:  Just reask the question, please.

3    BY MR. MARSHALL:

4        Q    What happened when you got inside the bedroom?

5    The last I heard was about the bathroom -- him going

6    into the bathroom.

7        A    He went to go use the bathroom, and I just

8    stood there standing and I was looking at a Muhammad Ali

9    poster on his wall; and I was just looking at that.

10   Then he came back, and then we sat down on his bed and

11   started talking and were watching TV.

                        Page 15

101707PHscott

| | | |
|---|---|---|
| 12 | Q | Do you recall what was on the TV? |

A    It was -- I think it was the Discovery
Channel. It was something about tribes in Africa.

Q    While you're watching TV, what are you
wearing?

A    I took off my shoes and my socks. I had on
jeans, underwear, and I had on a tube top and I didn't
have a bra on.

Q    How long did you watch TV for?

A    I'm not certain. The whole time we were
talking while the TV was on, and then I started to fall
asleep.

Q    Are you having trouble staying awake?

A    Yeah. The whole time I was fighting it. I

19

was trying to keep my eyes open, and we just started to
conversate about things in general.

Q    About what time do you think you fell asleep?

A    I don't know.

Q    Again, when you fell asleep, what were you
wearing?

A    My shirt, (indicating) my jeans, and my
underwear.

Q    Okay. When you fell asleep, are you on top
of the covers, underneath the covers?

A    I can't recall the situation. I know that he
was under the covers. I don't remember where the
blanket was at that point. I'm almost certain it was on
top of me or else it was like pushed to the side.

Q    Now, was Austin's bed up against the wall?

A    It is. It's on back of the wall and also the
Page 16

101707PHscott

17    side of the wall. He was laying on the inside. I was

18    laying on the outside next to the door. The door was

19    about a foot and a half to two feet away.

20        Q    Now, you fell sleep. What's the next thing

21    that you remember happening?

22        A    Something started to wake me up, and that's

23    when I was kind of startled. And I looked up and Austin

24    was (indicating) like kneeling towards me and he was

25    trying to have sex with me through my underwear.

                                                    20


1         Q    Can you describe what he was doing?

2         A    He was pushing his penis into my vagina with

3     my underwear in between so that my underwear was also

4     going inside of me.

5         Q    What happened next?

6         A    I started to sit up forward to say no and try

7     to stop the situation, when I felt a punch in my back in

8     the kidney area; and then --

9         Q    Let me stop you. Did you actually say no?

10        A    The words definitely came out of my mouth.

11            MR. KAROLY:  Again, I'm sorry. Can you

12    repeat that?

13            THE WITNESS:  Yes. I said no.

14    BY MR. MARSHALL:

15        Q    You said the words definitely came out of your

16    mouth?

17        A    Yes.

18        Q    How hard was the punch to your kidney?

19        A    At the time it was enough to hurt pretty bad.

20    It just set me into shock.

                        Page 17

101707PHscott

21   Q   After you were punched in the kidney, what did

22   you do next?

23   A   I immediately just laid back down, and I felt

24   pressure on my arms and then he continued what he was

25   doing.

21

1    Q   What was he doing?

2    A   He was trying to have sex with me through my

3    underwear, and then -- and then he took my underwear off

4    and started having sex with me again.  This time he was

5    fully in me.

6    Q   And I'm sorry to say this.  But when you say

7    "he was fully in you", what do you mean?

8    A   His penis was in my vagina.

9    Q   How long did that go on for?

10   A   Umm, probably -- I'm not certain of the time.

11   I mean, it felt like forever; but I don't know.

12   Q   You said earlier you felt pressure on your

13   arms.  Was his chest on your chest or --

14   A   It was kind of set back a little bit.  Umm, I

15   don't know.  It was maybe -- it seemed like he was about

16   a foot and a half away from his chest was away from

17   mine, and he had most of his pressure on -- he was

18   holding me down with this arm (indicating).  I felt the

19   pressure onto this arm of mine.

20   Q   Okay.  So you're indicating most of the

21   pressure --

22   A   Was on my left arm.

23   Q   With his right hand -- with his right arm?

24   A   Yes.  There was pressure on this arm, but it

25   was more so (indicating) -- I had more of a pressure on

Page 18

101707PHscott

22

1    my left arm.

2         Q     Okay.  And what happened next?

3         A     Umm, then he kind of like flipped me over and    ✳

4    said get on top of him; so I did what he said.

5         Q     So what happened?

6         A     He made me get on top, and he put his penis in

7    my vagina when I was on top of him.

8         Q     And where are his hands when he's doing this?

9         A     On my back.

10        Q     And how long did this go on for?

11        A     I'm not sure.

12        Q     Okay.  What happens next?

13        A     He flipped me over again and put me on my

14   back; but at this time he like grabbed a towel.  Put the

15   towel underneath me and then started having sex with me

16   again, putting his penis in my vagina.

17             MR. KAROLY:  Couldn't hear that, Judge.

18             THE WITNESS:  He put his penis in my vagina.

19   BY MR. MARSHALL:

20        Q     What made -- how did this stop?

21        A     Umm, the whole --

22        Q     Yes.  How did the sexual intercourse stop?

23        A     I don't know.  I'm not even sure.  The whole

24   time I was pretty much just staring at the ceiling and

25   then after a while I started to cry, and I told him it

23

1    was hurting me.  I just couldn't take it anymore.

2         Q     I'm sorry.  Did you actually say the words --

Page 19

101707PHscott

3    did you tell him that he was hurting you?

4        A    I said it was hurting.

5        Q    You told him that?

6        A    Yes.

7        Q    And what was his response?

8        A    Nothing really.  He continued, and then he

9    laid down.  He eventually got off, and laid down next to

10   me.  And then I waited until he fell asleep, and then I

11   tried to sneak out.

12       Q    Let me go back to the hurting question very

13   quickly.  What specifically -- what part of your body

14   was hurting?

15       A    My vagina and my hips.

16       Q    Okay.  You said he stopped, rolled over, and

17   you think fell asleep.  What did you do next?

18       A    At that time, I tried to sneak out without

19   waking him.  I was on the inside of the bed and he was

20   on the outside of the bed, and I scooted down to the end

21   of the bed and I tried to grab all my stuff as quickly

22   as possible without making any noise.  And I had my hand

23   on the doorknob when he woke up, I guess to his phone

24   ringing or vibrating on the table.

25       Q    Okay.  And so what happened?

                                                        24

1        A    He made a comment -- he started asking me

2    questions of where am I going, asking me why am I

3    leaving?  And I kept telling him, I'm like, I can't stay

4    here.  And he started to like lean up forward, and so I

5    kissed him and I ran out.

6        Q    After you ran out -- approximately, what time

7    did you run out of the apartment?

                        Page 20

101707PHscott

8      A     I have no idea.

9      Q     As you're running out of the apartment --

10           MR. KAROLY:  Objection to the "running out

11  of the apartment".  That's the District Attorney's

12  words, not hers.

13           THE WITNESS:  I said I ran out.

14           THE COURT:  Okay.

15  BY MR. MARSHALL:

16     Q     Okay.  As you're running out of the apartment,

17  what are you doing?

18     A     I was shuffling for my phone; and as soon as

19  the door shut behind me, that's whenever I called my

20  friend and also he's my manager.

21     Q     Okay.  Which friend did you call?

22     A     Keith Lesho.

23     Q     Okay.  And he's a manager where?

24     A     At Beulah's Bar Bleu.

25     Q     And what did you tell your friend Keith?

                                                    25


1      A     I just remember crying a lot, and I told him

2   -- I started telling him about the incident.  He started

3   -- he knew something was wrong with me instantly and he

4   tried to calm me down and just kept asking me what

5   happened.  And I told him that Austin hurt me.  And he

6   kept saying where are you.  I'm coming to get you now.

7   And then I think he just asked me, like, what happened.

8   And, at that point, I was just walking and somebody

9   tried to approach me on the street to see if I was okay

10  because he saw that I was crying.  And he's like, "Just

11  hang on.  I'll be right there."  And I could hear him

Page 21

101707PHscott

12  yelling to his girlfriend in the background to get the
13  keys and stuff to the car. So he hung up with me. When
14  I hung up with him I called Nancy, because I didn't want
15  to be walking with, you know -- just crying. So I
16  called Nancy and she kept asking me what's wrong, and I
17  told her what happened and she tried to keep me calm.
18  And she said, "Are you -- "do you want someone to come
19  and get you?" I said, "Keith is going to be here any
20  second." At that time, I got a phone call from Keith
21  that interrupted the conversation; and I told her that I
22  would call her later. And Keith had called me and said
23  that he was walking onto campus --
24      Q      Where did you run into Keith and your friend?
25      A      On Shortlidge.

26

1       Q      Were the police called?
2       A      Yes.
3       Q      Do you know who called the police?
4       A      I'm not sure. I was just handed -- I don't
5   know who actually dialed the number, but I was handed
6   the cell phone from Keith's girlfriend, Sara.
7       Q      Okay. But you didn't actually call the
8   police?
9       A      No.
10      Q      Did a police officer arrive there at
11  Shortlidge?
12      A      Yes, two police officers.
13      Q      Okay. And you told them what happened?
14      A      Yes.
15      Q      Where did you go after you told the police
16  what happened?

Page 22

101707PHscott

17    A    The police officers took me to Mount Nittany

18  Hospital where I got a rape kit done.

19    Q    Okay.  And just jumping ahead a little bit to

20  -- after the hospital, did you go back to the Eisenhower

21  Police Station?

22    A    Yes, I did.

23    Q    And did you participate in what's called a

24  consensual wiretap?

25    A    Yes, I did.

                                                    27


1    Q    And did you call Austin?

2    A    Yes, I did.

3    Q    And that phone call was recorded?

4    A    Yes.

5         MR. MARSHALL:  That's all, Your Honor.

6         THE COURT:  Cross.

7         MR. KAROLY:  Thank you, Your Honor.

8

9              CROSS-EXAMINATION

10

11  BY MR. KAROLY:

12    Q    Miss Minder, how long have you been on the

13  Penn State campus?

14    A    I have been on campus since the Spring

15  Semester of, I guess, maybe -- in December it will be

16  finishing out my second year there.

17    Q    Since the Spring Semester of when?

18    A    I guess it would be '06.

19    Q    And you told the Judge that when somebody on

20  the street complimented Austin on his football play,

                         Page 23

101707PHscott

21  that you knew nothing about it.  You didn't know who he

22  was or --

23      A    No, I knew who he was.

24      Q    Just please listen to my question before you

25  answer.  Did you say that you didn't know who he was?

                                                        28

1       A    No.

2       Q    Okay.  Did you know he was a football player?

3       A    Yes, he had told me.

4       Q    Did he tell you when he was a football player?

5       A    No.

6       Q    And when did he tell you he was a football

7   player?

8       A    In one of our previous conversations.  I guess

9   the first time he ever came into the bar, the manager

10  was standing there and -- as well as I, and I guess that

11  he came in talking about him playing football.

12      Q    And this was two months prior to this event?

13      A    Umm, I'm not sure of the exact time; but

14  probably about two months before, maybe a little bit

15  more.

16      Q    Okay.  So when you said that you really didn't

17  pay any attention to that when somebody said he was a

18  football player; you knew he was a football player

19  before you went out with him, right?

20      A    Yes.

21      Q    Yeah.  And you said, "I didn't realize you

22  were a celebrity."  You realized what celebrity status

23  he had on campus, didn't you?

24      A    Not really.

25      Q    Not really.  Do you ever attend Penn State

                        Page 24

101707PHscott

```
1   football games?
2       A    No, I do not.
3       Q    Did you ever watch it on TV?
4       A    I work during the football games.  I work --
5   we're extremely busy.  I've seen it on TV, but I don't
6   really pay attention.
7       Q    And in your prior conversations with Austin
8   where the people surrounded him, did you hear them
9   talking football?
10      A    Are you -- which night is this?
11      Q    At any time.
12      A    Umm, just the first time I met him.
13      Q    Now, you gave him your phone number; is that
14  right?
15      A    Yes.
16      Q    When did you do that?
17      A    This was, I think, about my second time
18  meeting him on the street when classes first had
19  started, like the first or second week of classes at
20  Penn State.
21      Q    You mean you saw him for the first time when
22  you were bartending; is that right?
23      A    Over the summer, yes.
24      Q    Okay.  And that was at Bar Bleu?
25      A    Yes.
```

30

```
1       Q    And the second time that you met, which was a
2   personal meeting, just bumping into him on the street,
```

Page 25

101707PHscott

3    you gave him your phone number?

4        A    Yes.

5        Q    You wanted him to contact you, right?

6        A    I didn't really care either way, but --

7        Q    You gave him your phone number, but you didn't

8    care either way?

9        A    No.

10        Q    Are you in the habit of giving out, to

11    somebody who you met just for the second time, your

12    phone number?

13            MR. MARSHALL:  Objection; irrelevent.

14            MR. KAROLY:  I don't believe so, Your Honor.

15            MR. MARSHALL:  Of course it's irrelevent.

16    What difference does it make?

17            MR. KAROLY:  Well, this goes to motive, Your

18    Honor.  And as you can tell from the Affidavit of

19    Probable Cause, there's a consensual defense.

20            THE COURT:  We'll go with that question.  Go

21    ahead and answer that question.  Do you want to repeat

22    it for her?

23            MR. KAROLY:  Can we have it read back, Your

24    Honor?  This is one time we get to make sure the

25    stenographer's really taking something down.

                                        31

1            THE COURT:  Just the very last one.

2            (The court reporter was asked to read back a

3    referred-to portion of testimony.)

4            THE REPORTER:  Bear with me through the

5    objection.

6            MR. KAROLY:  It started out with --

7            THE COURT:  The question was similar to, "Do
                    Page 26

101707PHscott

8    you give your phone number to people who you don't want

9    to call you?", something along that line.

10        MR. KAROLY:  Let me just repeat the question

11   that way.  I think it was, Are you in the habit --

12   BY MR. KAROLY:

13        Q     Are you in the habit of giving your phone

14   number to people who you don't want to call you?

15        A     No.

16        Q     Do you hand it out to people on the street

17   ordinarily?

18        A     If I met them before --

19        Q     So if somebody comes to your bar when you're

20   bartending, that's enough and you give them your phone

21   number and there's a --

22        A     It depends on the situation.  In the case of

23   Austin, we talked for quite a while and we had a

24   friendly relationship; so I gave it to him.

25        Q     When did you talk to him for quite a while?

                                                    32

1         A     When he came in the first time.

2         Q     You were attracted to him, weren't you?

3         A     No.

4         Q     No?

5         A     No.

6         Q     So to fast-forward, you go at 2:00 in the

7    morning back to Austin's bedroom, but you weren't

8    attracted to him.  Is that your testimony?

9         A     Yes.

10        Q     Pardon me?

11        A     Yes.

                    Page 27

101707PHscott

12    Q    Do that very often, do you?

13           MR. MARSHALL:  Again, Your Honor, I'm going

14  to object.  This is completely inappropriate.

15           THE COURT:  You don't have to answer that.

16  The objection's sustained.

17  BY MR. KAROLY:

18    Q    You said that in answer to one of the

19  questions, that Austin faxed you continuously -- I'm

20  sorry, text you continuously for a period of time.

21  Remember that answer?

22    A    Yes, I do.

23    Q    What period of time are you referring to?

24    A    From the period of time that he asked me for

25  my cell phone number to October 4th or --

                          33

1    Q    And, again, you indicated he texted you.

2    A    Yes.

3    Q    Did you text him?

4    A    I always replied to him, and twice I initiated

5  the conversation.

6    Q    Okay.  How many -- tell the Judge how many

7  text messages went back and forth between you and

8  Austin.

9    A    I have no idea.

10    Q    Not even an ability to approximate?

11    A    No.

12    Q    Now, on October the 4th, did you tell us that

13  you didn't work that day?

14    A    No, I did not.  It was my first day off in a

15  while.

16    Q    Okay.  Remember later on when you told the

                    Page 28

101707PHscott

17  Judge that you were very tired from working?

18       A    Uh-huh.

19       Q    But if you didn't work that day, how could

20  you have been very tired from working?

21       A    Because I'm a full-time student and I put a

22  lot of hours in at work.  It just builds up after a

23  week.  When I do get a day off, I'm usually pretty

24  tired.

25       Q    I see.  What time did you get up on the 4th?

                                                          34

1        A    I know it was a Thursday and I had class at

2   9:45, so I woke up at -- I had class that day, so I

3   think I got up at around actually -- I woke up that

4   day -- I had to be in Bellefonte at 8:30, so I woke up

5   at like 7:30 that day.

6        Q    Okay.  Did you have any other classes besides

7   that one?

8        A    I have two classes on Thursday.  I think I

9   actually missed my first class, because I had somewhere

10  else to be on that Thursday.

11       Q    That was my question.  Where were you that

12  Thursday morning?

13       A    I went to Bellefonte District Court for a

14  hearing over a traffic violation.

15       Q    I heard you went to some Court for a traffic

16  violation.

17       A    I went to the District Court in Bellefonte for

18  a hearing.

19       Q    For your hearing?

20       A    Yes.

                        Page 29

101707PHscott

21    Q    And you were the Defendant in that case?

22    A    Yes.

23    Q    And who did you go with?

24    A    Myself.

25    Q    Okay.  And what did you do after the hearing?

35

1    A    I went back and I took a little bit of a nap

2  for about a half-hour and then I went to class.

3    Q    What did you do after class?

4    A    I'm not certain, but I know I went back to my

5  apartment.

6    Q    Did you go back there again?

7    A    I'm sorry?

8    Q    Did you nap there again?

9    A    I don't remember.

10    Q    By the way, your apartment -- do you have an

11  apartment of your own?

12    A    Yes, I do.

13    Q    And where's that located?

14         MR. MARSHALL:  Objection; irrelevent.

15         MR. KAROLY:  I believe, Your Honor, it's

16  very relevant, given the opportunity to go to her

17  apartment rather than Mr. Scott's apartment.

18         THE COURT:  Objection's sustained.

19  BY MR. KAROLY:

20    Q    Was your apartment within walking distance of

21  the Saloon?

22    A    No, it's not.

23    Q    It's not?

24    A    No.

25    Q    So how did you get to the Saloon?

Page 30

101707PHscott

36

```
 1      A     My friend Nancy picked me up and drove me
 2   downtown to her house.
 3      Q     And when did Nancy leave the Saloon?
 4      A     She never went to the Saloon.  I went to the
 5   Saloon by myself.
 6      Q     So you indicated to us that she was a good
 7   friend of yours?
 8      A     Yes, she is.
 9      Q     And you didn't have an opportunity to spend
10   much time with her?
11      A     No.
12      Q     And this was the first day you had off, so
13   you wanted to spend that time with her, right?
14      A     Yes.
15      Q     And yet you left her at another bar and went
16   by yourself to the Saloon?
17      A     Yes, I did.
18      Q     Why'd you do that?
19      A     Because I wanted to see some of my other
20   friends.
21      Q     And you left your good friend Nancy back
22   where?
23      A     She stayed at Tony's Big Easy with some of
24   her other friends.
25      Q     Okay.  And you went to see, you said several
```

37

```
 1   times, your friends at the Saloon.  Who are those people
 2   you went to see?
```

Page 31

101707PHscott

3      A      They all work there.  I know them because
4  we're owned by the same company.  They're all bartenders
5  there and also door staff.
6      Q      Okay.  Who are they?  What are their names?
7              MR. MARSHALL:  Objection; irrelevent.
8              MR. KAROLY:  The Commonwealth asked the
9  names of individuals she identified as her friends, and
10  I'd like to know who her friends were at that bar.
11              THE COURT:  How does it make what your
12  client is being charged with either more probable or
13  less probable?  This isn't a trial.  This is just a
14  Preliminary Hearing.
15              MR. KAROLY:  I understand, Your Honor.  It's
16  part of the fabric of the events that took place over a
17  several-hour period, and we're just trying to give the
18  Court the full picture here.
19              THE COURT:  Well, what I'm here to do is to
20  see if the Commonwealth can show the elements of these
21  charges.  There's no guilt or innocence.  Okay?  And so
22  how does who her friends are either negate that or not
23  negate it?  It doesn't.  And your objection's sustained.
24  You don't have to answer that question.
25  BY MR. KAROLY:

                                                          38


1      Q      Okay.  Now, did I understand you correctly
2  that you didn't recall the times, except that you
3  believe that you were at Tony's at 10:30 p.m.; is that
4  right?
5      A      We got there somewhere between 10:30 and 11.
6      Q      10:30 and 11.  You stayed there how long, did
7  you say?
                        Page 32

101707PHscott

8     A     I'm not sure what time I left there.

9     Q     Well, approximately?

10     A     Approximately, an hour and a half or so.

11     Q     And then you left by yourself to go to the

12 Saloon, correct?

13     A     Yes.

14     Q     And how long did you stay there?

15     A     I'm not certain.  I'm not sure.

16     Q     Could you approximate for the Judge how long

17 you stayed there?

18     A     Maybe an hour or so.

19     Q     Now, where were you when you had text

20 communications?  Where were you physically when you had

21 text communications with Austin?

22     A     In the bathroom at the Deli.

23     Q     You text him while you were in the bathroom

24 using the facility?

25     A     Some was in the bathroom, some was on the

39

1 steps at the Saloon.

2     Q     Okay.  And you were asked at that time how

3 would you describe the extent to which you were affected

4 by the alcohol you had and bought.  Do you recall that?

5 Not in those words.

6     A     Yes.

7     Q     And you said, "I was a little drunk, but not

8 bad, not bad at all."  Is that your testimony?

9     A     I was starting to have effects, but I

10 wasn't --

11     Q     And the only effects that you noticed were

Page 33

101707PHscott

12   that you were getting tired?

13       A     That was the main effect, yes.

14       Q     Okay.  And it didn't affect your ability to

15   text, correct?

16       A     No.

17       Q     Okay.  And instead of saying -- well, did you

18   tell Austin that you were a little bit drunk?

19       A     Yes, I told him that I was getting drunk.

20       Q     And is that the words that you remember

21   texting to him?

22       A     No.

23       Q     Were the words something like "I'm all fucked

24   up"?  Were those the words you text him?

25       A     Something like that, yes.

                                                    40

1        Q     Yeah.  He never used that language in any text

2    to you, did he?

3        A     No.

4        Q     No.  Did you tell Austin to come and get you

5    at the Saloon?

6        A     Yes, after he asked if I wanted to leave.  I

7    said, I guess I kind of -- I said, Come get me.

8        Q     Okay.  So you told Austin, who you understood

9    was where, at his apartment?

10       A     He had told me in a text message that he was

11   downtown and asked me where I was at, and this was part

12   of the communication.

13       Q     Okay.  I'm talking about at the time that you

14   text Austin and asked him to pick you up and you were

15   sitting in the bathroom at the Deli --

16       A     Uh-huh.

                    Page 34

101707PHscott

17    Q    -- did you know where he was texting from?

18    A    From downtown.

19    Q    Did you know if he was texting from downtown

20   at his apartment?

21    A    That's what he -- he told me downtown, so I

22   assumed he was somewhere downtown, meaning along College

23   Avenue.

24    Q    Okay.  So you wanted him to come and pick you

25   up.  And did you tell him what you wanted him to do with

41

1    you once he picked you up?

2    A    No.  No.

3    Q    Now, the Saloon that you were at closes at

4    2:00; is that right?

5    A    Yes.

6    Q    Do you know what time this text message was

7    where you told Mr. Scott to pick you up?

8    A    No.

9    Q    Can you approximate for the Court?

10   A    I really don't know.

11   Q    Okay.  Did Mr. Scott -- Did Austin show up at

12   the Saloon?

13   A    Yes, he did.

14   Q    And what were you doing at the time?

15   A    I was standing in the corner talking to Bean

16   (phonetic), a friend of mine, and just talking with

17   friends.

18   Q    And you saw Austin walk into the Saloon?

19   A    Uh-huh.

20   Q    And immediately you went to him; is that

Page 35

Printed from Centre County Online Access - 5/23/2008 9:38:16 AM

101707PHscott

21  right?

22      A      Yeah, I saw he was looking around like looking

23  for me; so I went over and got him.

24      Q      Okay.  And what did you say to him when you

25  went over and got him?

42

1      A      I went up and closed my tab -- usually it's

2  loud in the Saloon so you couldn't really communicate.

3  So I just closed my tab, grabbed my purse, grabbed my

4  belongings and we left.

5      Q      Okay.  Well, it was loud in the Saloon so you

6  couldn't communicate, is that what I just heard you say?

7      A      Yes.  I mean, when you're walking, it's hard

8  to talk to somebody; you have to lean over and say

9  something to them, so --

10      Q      Well, isn't that how you spent your entire

11  time at Tony's and then at the Saloon, and that was

12  talking to people?

13      A      Yes, the bartenders would stand right next to

14  me and they'd have to literally talk in your ear.  And I

15  was walking and talking, so I can't do that.

16      Q      Okay.  What do you mean you were walking --

17      A      He was walking behind me.  I was leading him

18  through the crowd.  I grabbed his hand and was leading

19  him through the crowd, because there was a lot of people

20  crowded by the bar where all my stuff was.

21      Q      You grabbed his hand and took him through the

22  crowd into the Saloon where you and your drink were

23  located; is that right?

24      A      He was already in the Saloon, but I went from

25  -- he was standing at one part of the bar where there

Page 36

1   wasn't a lot of people.  I went over, grabbed him by his
2   hand, and led him through the crowd.
3        Q     Okay.  So you went from where there was no
4   people and presumably less noise so that you could talk
5   to him there, instead grabbed his hand and took him to
6   the crowded portion of the bar; is that right?
7        A     That's where my stuff was, yes, and also where
8   all the bartenders stand.
9        Q     But did you want to talk to the bartenders, or
10  did you want to talk to Austin?
11       A     I had to close my tab.
12       Q     Okay.  So you closed your tab and left
13  immediately?
14       A     I said goodbye to the bartenders, and told
15  them I'd probably see them tomorrow.
16       Q     And how long did that take, the entire
17  grabbing Austin's hand, holding him, and leading him
18  through the crowd, until you paid your tab?
19       A     Not very long.
20       Q     A minute, two minutes?
21       A     I guess.  Not long.  A short amount of time.
22       Q     And then did you lead him back out through the
23  crowd to the outside of the place?
24       A     Yes, I did.
25       Q     Grabbing his hand as well?

44

1        A     I don't remember if I was holding his hand at
2   that point.

Page 37

101707PHscott

3    Q    You don't remember if you had what?

4    A    If I was holding his hand at that time.

5    Q    But so we're clear, the first physical

6    touching in your life that you had with Austin Scott was

7    when you grabbed his hand at the Saloon, took him

8    through the crowd and then took him back; is that right?

9    A    No.

10   Q    When, prior to that, did you have physical

11   contact with Austin Scott?

12   A    I'm not sure how long before this, but it was

13   somewhere while we were talking through text messaging;

14   and one day I met him at a pizza place downtown, and at

15   that time he gave me a hug hello.

16   Q    Did you hug him back?

17   A    Yeah.

18   Q    With that exception, this was then only the

19   second time you had physical contact with him, right?

20   A    I guess so.

21   Q    Did you tell him where you were taking him --

22   A    No.

23   Q    -- when you left the Saloon?

24   A    No.

25   Q    Had you decided at that time that you were

                                                          45


1    going to go back to Austin Scott's bedroom?

2    A    I never -- no, I didn't like actually decide.

3    It was just kind of we were walking and that's where we

4    ended up, but I never --

5    Q    You never decided to go there --

6         THE REPORTER:  Okay.  You're talking over

7    each other.  What was the question?  I'm sorry.

                        Page 38

101707PHscott

8          MR. KAROLY:  You never decided to go there,

9     and I think your answer was I never thought about it?

10          THE WITNESS:  No, not really.  I didn't know

11    where we were going.  I didn't know if we were going

12    somewhere else or if we were going to his place.

13    BY MR. KAROLY:

14          Q     The bars were closing at this hour; is that

15    right?

16          A     I don't know what time it was, so I couldn't

17    tell you.

18          Q     Well, as a barmaid, what time do the bars

19    close?

20          A     They close at 2.

21          Q     Okay.  Was this close to closing time?

22          A     I'm sure it was around that time.

23          Q     Uh-huh.

24          A     But I'm not certain.  I don't know.

25          Q     So you get outside of the Saloon; and in order

                                                        46

1     to get to your apartment, you go to the left or to the

2     right?

3          A     I would actually have to call a taxi.  It's

4     not in walking distance at all, so I wouldn't go either

5     way.

6          Q     Okay.  So you never had the intention when you

7     took Austin Scott outside of the Saloon to go back to

8     your apartment, did you?  That you had the intention for

9     you to go back to your apartment, otherwise you would

10    have called a cab.

11          A     We were just walking and talking, so I didn't

                              Page 39

101707PHscott

12    think about where I was going next.

13        Q    So you were just wandering the streets of

14    downtown with Austin Scott; is that right?

15        A    Pretty much, yes.

16        Q    Not knowing where you were going?

17        A    We were just walking and talking.

18        Q    And you'd have the Court to believe that all

19    of a sudden you wound up at Austin's apartment without

20    knowing you were going there?

21        A    What's the question?

22        Q    As you walked out of the Saloon, did there

23    come a point in time on the trip to Austin's bedroom

24    that you had the realization that you were, in fact,

25    going to his bedroom?

47

1        A    Yes.

2        Q    When was that?

3        A    That's when I stopped him and told him that I

4    had no intention of having sex with him.

5        Q    Okay.  Was this before or after you met with

6    another gentleman that knew Austin?

7        A    This was before.

8        Q    Okay, before.  It was then that you knew you

9    were going to Austin's apartment to his bedroom how?

10        A    Because we were walking in that direction and

11    -- I don't know.

12        Q    How did you know where Austin's apartment and

13    bedroom were?

14        A    Because he had told me before.

15        Q    When did he tell you that?

16        A    I don't remember exactly when.

Page 40

101707PHscott

17      Q      Well, weren't you walking in the direction of
18  his apartment the moment that you stepped foot outside
19  the Saloon?
20      A      I guess you could say that.
21      Q      So if the indication was that you were going
22  to his apartment because you were walking in that
23  direction, you walked in that direction from the moment
24  you left the Saloon; is that right?
25      A      Yes, but I also walk in the direction of many
                                                        48

1   other places as well.  It wasn't just in like a straight
2   narrow path to his place.
3       Q      Well, let me ask you this.  Did you ever take
4   any direction in your walk that led anywhere other than
5   directly to Austin Scott's apartment and his bedroom?
6       A      We were walking College Ave., so I'm not sure
7   what you're asking me.
8       Q      Okay.
9       A      We were walking College Ave., so there's many
10  different places that you can go.
11      Q      Okay.  Was any step that you took a deviation
12  from the route to Austin Scott's apartment?
13      A      No.
14      Q      Okay.  And you told the Judge that you knew
15  you were going to Austin Scott's apartment when you were
16  headed in that direction.  So is it fair to say that
17  since you knew you were headed in that direction the
18  moment you left the Saloon, you knew you were going to
19  his apartment at that time?
20      A      It was once we got to McLanahan's that I
                        Page 41

101707PHscott

21  realized where we were going.

22      Q    What happened at McLanahan's that gave you

23  that realization?

24      A    I don't know.  I just realized at that point.

25  I don't know if we were talking about and then that's

49

1  when I realized.

2      Q    You don't know if you were talking about it?

3      A    It just -- I -- that's when I realized.  I

4  don't know.

5      Q    I'm sorry.  Did you say you didn't know

6  whether you were talking about going back to his bedroom

7  or not?

8      A    Yes, I did say that.

9      Q    Okay.  And do you have any idea the reason why

10  you tell the Judge you don't recall whether or not you

11  were discussing going back to Austin's bedroom at that

12  time?

13      A    No.

14      Q    Okay.  And by the way, at McLanahan's, was the

15  male companion that joined you in your company at

16  McLanahan's?

17      A    No, he was not.

18      Q    He was in your company after that?

19      A    Yes.

20      Q    Okay.  Now, according to the communications

21  you had with Mr. Scott, you recall saying what to him

22  about having sex?

23      A    I told him that I was not going to have sex

24  with him.

25      Q    And that came out of nowhere; is that right?

Page 42

101707PHscott

50

```
 1      A     For the most part, yes.
 2      Q     Okay.  You weren't talking about having sex?
 3      A     No.
 4      Q     And did you say something about that you
 5   wanted him to respect you?
 6      A     Yes.
 7      Q     Did you ever hear the phrase about a woman
 8   saying that she wants a man to respect her in the
 9   morning?
10      A     No.
11      Q     Never heard that before?  So you told him
12   that, but still continued to go into his bedroom,
13   correct?
14      A     Yes.
15      Q     And I think you indicated that he said, "well
16   then, I'll call a taxi"; is that right?
17      A     Yes.
18      Q     And you said your response was what?
19      A     Yes.
20      Q     To call a taxi?
21      A     Yes.  I laughed and I said, "Sure."
22      Q     I'm sorry.  What --
23      A     I laughed and I said, "Sure."
24      Q     Okay.  You didn't mean that, right?
25      A     Yes, I did.  If his only intentions were to
```

51

```
 1   have sex with me, then, yes, I did mean it.
 2      Q     Well, if he had other intentions and that is
```

Page 43

101707PHscott

3  talking with you, spending some time and then having sex

4  with you, would that be satisfactory to you?

5      A    No.

6      Q    No.  Is there any reason you didn't tell the

7  police at any time that the response to calling the taxi

8  was, "Sure"?

9      A    I did tell the police.

10     Q    You did tell them that?

11     A    Yes.

12     Q    Did you ever even stop walking when you were

13  having this discussion?

14     A    Yes, because I stopped and I looked at him

15  and I -- that's when I said that to him.

16     Q    And, again, this is before there was a

17  third-party witness to corroborate anything you're

18  saying now; is that correct?

19     A    Correct.

20     Q    And then what did Mr. Scott say to you in

21  response?

22     A    He said, "Could I at least cop a feel?"

23     Q    Austin Scott said to you at that point, "May I

24  just cop a feel"?

25     A    Yes.

                                                    52


1      Q    Have you ever -- outside of television, have

2  you ever heard that phrase since the 1960s?

3      A    I'm not sure.  I wasn't born in the 1960s, so

4  I'm not sure.

5      Q    Okay.  As a bartender, as a student, as an

6  adolescent, did you ever hear anybody use a phrase like

7  that?

                        Page 44

101707PHscott

8     A    Yes, I have.

9     Q    And who said that before?

10    A    I don't --

11         MR. MARSHALL:  Objection.  Objection.

12         THE COURT:  Sustained.  Sustained.

13  BY MR. KAROLY:

14    Q    And your answer was you laughed and said no?

15    A    Correct.

16    Q    And at this point, you continued to go to

17  Austin Scott's bedroom?

18    A    At this point -- I think that after that we

19  started walking.

20    Q    In the direction of Austin Scott's bedroom?

21    A    Down College Avenue.

22    Q    Right.  And you knew where you were going

23  then, you told the Judge, right?

24    A    Sure.

25    Q    By that time, you had the realization of where

53

1  you were headed, to Austin Scott's bedroom, correct?

2    A    Yes.

3    Q    All right.  And now, when does this other

4  male join you?

5    A    He was walking out of McDonald's.

6    Q    And was he introduced to you?

7    A    No.

8    Q    Just joined the two of you and walked with

9  you?

10    A    Yes.

11    Q    Do you remember any of the conversation that

Page 45

101707PHscott

12  took place between that point and your arrival at the
13  apartment?
14      A     He offered Austin some McDonald's french
15  fries; kept trying to get him to eat a french fry.  They
16  talked about cell phones, because I remember Austin
17  saying how his mom pays his cell phone bill and said
18  something about a car.
19      Q     When did you stop holding hands with Austin
20  Scott, if at all, on the way to his bedroom?
21      A     It would have been in the Saloon.  I didn't
22  hold his hand at all on the way to his bedroom.  I
23  didn't hold his hand at all while we were out on the
24  street.
25      Q     Okay.  Did you wind up holding his hand again

54

1   before entering his bedroom?
2       A     No.
3       Q     Okay.  So did there come a point in time that
4   you had to walk up a series of stairs -- series of
5   steps?
6       A     Yes.
7       Q     Hundreds of steps?
8       A     Yes.
9       Q     Didn't have any difficulty ambulating those
10  steps, did you?
11      A     No.
12      Q     By the way, did you tell anybody at that time
13  that you were tired?
14      A     No.
15      Q     Did you say anything --
16      A     I'm not sure.

Page 46

101707PHscott

17    Q    Did you say anything in the presence of that

18  other male who walked from there all the way to the

19  apartment, anything about your not wanting to engage in

20  sex?

21    A    No.

22    Q    When you got to the steps, you had no

23  difficulty climbing all the steps; is that right?

24    A    No.

25    Q    Meaning, yes, that is correct; you had no

55

1   difficulty?

2     A    I had no difficulty.

3     Q    Okay.  And where did you part company with the

4   other male friend?

5     A    It was, I guess, when we got to his place,

6   which is right -- it was diagonal from Austin's.

7     Q    When you said, his place, was it inside the

8   structure of the building or was it outside?

9     A    It was outside.  His was on the way onto the

10  pathway of Austin's.

11    Q    Okay.  All right.  And then from that

12  departure, did you hear what was said when the two of

13  you parted company from him?

14    A    I'm sorry.  Can you repeat the question?

15    Q    Yeah.  Was there any communication that you

16  made or that you heard the other male make or Austin

17  make upon this departure from your group of two?

18    A    Besides saying bye, not really.

19    Q    Okay.  And then you headed directly towards

20  Austin's apartment; is that right?

Page 47

101707PHscott

21   A   Yes.

22   Q   Did you discuss anything on the way up to his

23 apartment?

24   A   I don't remember.  I'm sure we did discuss,

25 but I don't remember what was being said.

56

1   Q   Now, did you tell anybody at any time you

2 weren't coming home that night or those early morning

3 hours?

4   A   No, I did not.

5   Q   Is it your custom to do that?

6   A   If somebody asked me, I would tell them what

7 my intentions were; but nobody asked so, no.

8   Q   Did you tell anybody at Tony's that you were

9 going to be hooking up with Austin Scott?

10   A   No, I did not.

11   Q   So you went up to his apartment; is that

12 right?

13   A   Yes, I did.

14   Q   And when you arrived at his apartment, there

15 is an area, a lounge area, with two large sofas, a love

16 seat, a TV; is that correct?

17   A   I'm not sure of the exact -- but, yes, there

18 is a lounge area.

19   Q   You can't get to his bedroom without going

20 through the lounge; is that right?

21   A   Correct.

22   Q   But instead, you headed directly to the

23 bedroom; is that right?

24   A   I followed him in the bedroom.

25   Q   Went right in, no hesitation, no questions,

Page 48

101707PHscott

1    right?

2         A    Yes.

3         Q    You didn't say, Why are we going into the

4    bedroom, What am I doing in here?

5         A    No.

6         Q    You didn't say, I just want to talk; we can

7    talk out there?

8         A    No.

9         Q    You didn't say, I just want to watch TV;

10   there's a big TV out there?

11        A    No.

12        Q    Okay.  You went right into the bedroom, no

13   questions asked; is that right?

14        A    Correct.

15        Q    And you went into the bed?

16        A    I stood standing.  He went to the bathroom.

17        Q    Did you use the bathroom at that time?

18        A    I don't remember.  I don't remember if I had

19   to use the bathroom.

20        Q    So when do you remember hopping into Austin's

21   bed?

22        A    When he made room for me and told me to sit

23   down.

24        Q    And what do you claim you took off before you

25   went into his bed?

1         A    My shoes and my socks.

2         Q    Are you sure that's all you took off?

101707PHscott

3    A    Yes.

4    Q    And as you sit there today telling the story

5    to the Judge, you're telling him that you have no idea

6    how your jeans came off; is that right?

7    A    I do not know.

8    Q    None at all?

9    A    No.

10   Q    No recollection of that even?

11   A    No.

12   Q    what kind of jeans were you wearing?

13   A    They were American Eagle, and they have a

14   button and a zipper.

15   Q    I'm sorry.  They had what?

16   A    A button and a zipper.

17   Q    A button and a zipper?

18   A    Yes.

19   Q    Okay.  were they loose-fitting or were they

20   tight?

21   A    They were loose-fitting.  They are stretch

22   jeans.  After you wear them, they get pretty loose.

23   Q    would it be fair to say that in order to get

24   your jeans off when you're laying in the bed, you'd have

25   to lift up your buttocks to get the jeans off?  wouldn't

59

1    that be a correct statement?

2    A    Umm, no.

3    Q    No?  How would you get your jeans off without

4    doing that?

5    A    You can slide them off.

6    Q    with you sitting in the seat of the jeans?

7    A    I never tried it, so I don't know.

Page 50

101707PHscott

8      Q      When you got into the bed, how long were you

9  sitting and how long were you laying down in the bed?

10     A      I'm not sure how long it lasted.  I guess --

11  I laid down immediately, and we were --

12     Q      Why did you go to his bedroom and immediately,

13  according to you at least, take off your shoes and your

14  socks and lay down in Austin Scott's bed?  Why did you

15  do that?

16     A      Why?

17     Q      Why?

18     A      I don't know.

19     Q      No idea?

20     A      Nope.

21     Q      What did you think was going to happen in

22  Austin Scott's bed?

23     A      I thought we were going to talk and watch TV.

24     Q      And what gave you that impression?

25     A      Because he turned on the TV, and we started

60

1  talking.

2      Q      And you knew there was a TV in the room you

3  had just passed through.

4      A      No, I don't remember seeing --

5      Q      Didn't see it there?

6      A      No.

7      Q      Nothing prevented you from talking in that

8  room, did it?

9      A      No.

10     Q      Did you realize that there were roommates

11  present at that time?

Page 51

101707PHscott

12    A    No, I didn't know.

13    Q    So you thought you had the lounge area to

14 yourself as well?

15    A    I didn't think about it at the time.

16    Q    Were you thinking about much at that time?

17    A    Just the conversation that we were having.

18    Q    And in the conversations that you were having,

19 did you tell Mr. Scott that you had come out of rehab?

20         MR. MARSHALL:  I'm going to object.  It's

21 completely irrelevent.

22         MR. KAROLY:  It's totally relevant, Your

23 Honor.  This is an issue of consent, force, lack of

24 force, lack of compulsion.  And if the conversation is

25 such that negates that element of the offense, it's

                                                    61

1 appropriate.

2         MR. MARSHALL:  How does whether she was in

3 rehab negate that?

4         THE COURT:  I don't see how the answer,

5 either yes or no of coming out of rehab, is going to

6 show --

7         MR. KAROLY:  All right.  Let me ask it this

8 way.

9 BY MR. KAROLY:

10    Q    Tell the Judge what the content of that

11 conversation was with Mr. Scott while you were laying in

12 his bed.

13    A    We talked about a lot of different things.

14 We talked about my brother.  I have an older brother.

15 We talked about how he doesn't know his biological

16 father, we talked about tattoos; we talked about a lot

Printed from Centre County Online Access - 5/23/2008 9:38:16 AM

101707PHscott

17    of different things.

18        Q    How long did those discussions go on?

19        A    Until I fell asleep.

20        Q    For what period of time?

21        A    I don't know how long.

22        Q    Could you approximate for the Court?

23        A    Maybe a half-hour.

24        Q    You talked for a half-hour, and then it's

25    your testimony under oath that you fell asleep?

                                                        62

1         A    Yes, it is.

2         Q    And what's the last thing you remember doing

3    before you fell asleep?

4         A    Talking.

5         Q    And did you fall asleep on your back?

6         A    Yes.

7         Q    But you don't know whether you fell asleep on

8    top of the covers or underneath the covers?

9         A    No, I do not.

10        Q    What was your intention of doing after the

11    talking in those early morning hours?

12        A    Sleeping.

13        Q    Sleeping in Austin Scott's bed?

14        A    Yes.  Once I got there, yes.

15        Q    Was something wrong with your bed at your

16    apartment?

17        A    No.

18        Q    Was there some reason you didn't go to your

19    bed if all you intended to do was sleep?

20        A    Just the fact that I was far away.

                        Page 53

101707PHscott

21    Q    Well, didn't you have to return there sooner

22  or later?

23    A    Yes.

24    Q    You weren't planning to stay at -- well, how

25  long were you planning to stay at Austin Scott's?

63

1    A    I don't know.

2    Q    Were you planning to stay there the entire

3  next day?

4    A    Probably not.  I had work.

5    Q    What time did you have to go to work?

6    A    Umm, I don't remember what time I was

7  scheduled to go in.

8    Q    The first thing that you remember is being

9  awakened by, I think you said, Mr. Scott trying to have

10  sex with you?

11    A    Correct.

12    Q    And you were on your back?

13    A    Yes.

14    Q    And where was Mr. Scott?

15    A    He was on top of me facing toward me

16  (indicating).

17    Q    And now somehow without you waking up,

18  according to you, your jeans were off?

19    A    Yes.

20    Q    Okay.  And you woke up; is that right?

21    A    Yes.

22    Q    Did you say anything?

23    A    Yes.

24    Q    What'd you say?

25    A    I said no.

Page 54

101707PHscott

64

1      Q    Did you ever tell the police that interviewed

2  you that you said no?

3      A    Yes.

4      Q    To whom did you say that?

5      A    The police officer who came to Shortlidge.

6      Q    Who?  What was his name?

7      A    I don't know his name.

8      Q    And you told him that when you woke up

9  and Mr. Scott was attempting to have sex with you, you

10  said the word no?

11     A    Yes.  I said I started to say the word no when

12  he hit me.

13     Q    You started to say the word no?

14     A    Yes.

15     Q    How much of the word no, tell the Judge, did

16  you get out?

17     A    I don't know.  I'm not sure.

18     Q    Uh-huh.  And that's when he hit you on your

19  back?

20     A    Correct.

21     Q    Would you tell the Judge how it's physically

22  possible to hit you on your back when you're laying on

23  your back and Mr. Scott is on top of you?

24     A    Because as I was saying no, I started to shift

25  my body forward and over to the side.  And at that time,

65

1  I felt the jolt in my back.

2     Q    You felt a what?

Page 55

101707PHscott

3    A    A jolt.

4    Q    A jolt?

5    A    A hit.

6    Q    Didn't you tell the Judge also that at that

7 time Mr. Scott's hands were on your hands?

8    A    No.  His one hand was bracing my (indicating)

9 left arm, and he hit me on my right side.

10    Q    Didn't you tell the Judge that his hands were

11 on both arms or both biceps, only one there was more

12 pressure than the other?  Wasn't that your testimony?

13    A    That was afterwards, after he had hit me.

14    Q    So he was balancing with one hand.  What hand

15 was that?

16    A    I guess it would be (indicating) his right

17 hand, and he hit me with his left.

18    Q    Balancing with his right hand, trying to

19 penetrate you with no hands assisting, and punching you

20 with his left hand in your back; is that right?  Is that

21 right?

22    A    He hit me --

23    Q    But you didn't see him hit you, did you?

24    A    I saw his arm go -- pull back (indicating).

25    Q    Did you tell the police that?

66

1    A    Yes, I did.

2    Q    You did?  Did you tell the police that you

3 felt a jolt that was sort of like a punch or words to

4 that effect?

5    A    I don't remember my exact words.  When I saw

6 the police I was pretty flustered, so I don't know.  I

7 didn't exactly say that.  I'm not sure, but --

Page 56

101707PHscott

8    Q    Well, how many times did you tell the story to

9  the police?

10    A    I told the police when they first got there;

11  and then I told the detective in her office, I guess the

12  morning after.

13    Q    Well, did you tell them, first of all, with

14  regard to the first instance, that you felt an attempt

15  was made to penetrate you through your underwear the

16  first time?

17    A    I'm not sure what my exact words were.

18    Q    Okay. Well, was there an attempt, according

19  to you?

20    A    He tried to start to penetrate me, and then he

21  did.

22    Q    And suddenly you felt something on your back.

23  "I felt a -- this is a quote from the Police Affidavit.

24  "I felt a jolt. It felt as though it were a punch", end

25  quote. Is that what you told the police?

                                                        67

1    A    If it's a quote, then I guess so.

2    Q    Yeah. Well, obviously, if you saw a punch,

3  you wouldn't say it felt as though it were a punch. You

4  would say, I saw a punch, right?

5        MR. MARSHALL: Objection. This is all

6  argumentative. This is all for another day. We've been

7  here for about an hour now -- more than an hour, and

8  he's just now beginning to get into the bedroom. We

9  have to move this forward. He's arguing with the

10  witness, so I guess that's the bottom line. It's

11  argumentative.

Page 57

101707PHscott

12      MR. KAROLY:   I'm sure the Commonwealth would

13  like to move this forward and not have me question about

14  the force or compulsion -- forcible compulsion here.

15  But since that's the most significant element of this

16  case, Your Honor, I should be permitted to question

17  whether or not what she's saying now is what she recalls

18  happening.  Now she's indicated that the statement must

19  be accurate.  I've simply asked her the question, If the

20  statement is that it felt as though it were a punch,

21  wouldn't that be an indication that she didn't see it?

22  And that's where the objection came.  I think that's a

23  very significant question to be asked and for you to

24  hear the answer to.

25          THE COURT:  Go ahead and answer the

68

1  question.

2          MR. KAROLY:  Thank you.

3          THE WITNESS:  I did see his hand go back,

4  but I didn't see his hand making contact with my back.

5  BY MR. KAROLY:

6      Q      Well, if you saw his hand go back, is there

7  some reason you didn't see it come forward?

8      A      It was on the side, and I was facing forward.

9      Q      Okay.  So if it was on the side and you were

10  facing forward, you wouldn't even see it go back; isn't

11  that right?

12      A      I didn't see it go back, no.

13      Q      And do you have any marks demonstrated from

14  that?

15      A      I did.

16      Q      Were there photographs taken of the marks?

Page 58

101707PHscott

| | | |
|---|---|---|
| 17 | A | Yes, there was. |
| 18 | Q | And where are those photographs? |
| 19 | A | Where were they taken? |
| 20 | Q | Do you know where they are today? |
| 21 | A | No, I do not. |
| 22 | Q | And why don't you, for the record, describe |

23   the mark that you say that you observed.

| | | |
|---|---|---|
| 24 | A | I immediately turned -- started turning red on |

25   my back.

69

| | | |
|---|---|---|
| 1 | Q | I'm sorry.  What's that? |
| 2 | A | My back started to turn red. |
| 3 | Q | Uh-huh.  And how did you know that? |
| 4 | A | Because I looked at it. |
| 5 | Q | And how, during the course of this, did you |

6   look at your back -- that it was immediately turning
7   red?  How is that possible?

| | | |
|---|---|---|
| 8 | A | I didn't look, like, immediately.  I know |

9   there was a mark whenever I was at the hospital.  I
10   turned around and looked at my back.

| | | |
|---|---|---|
| 11 | Q | Hours later at the hospital you saw redness |

12   there?

| | | |
|---|---|---|
| 13 | A | It wasn't hours later; but, yes, I did -- |
| 14 | Q | Again, I apologize.  I didn't hear what you |

15   said.

| | | |
|---|---|---|
| 16 | A | It wasn't hours later when I saw red on my |

17   back.

| | | |
|---|---|---|
| 18 | Q | It wasn't hours later? |
| 19 | A | No.  I immediately went to the hospital. |
| 20 | Q | Well, from the moment that you say you felt as |

Page 59

101707PHscott

21 though there was a punch to the time you arrived at the
22 hospital, tell the Judge how much time elapsed.
23      A      I'm not sure, maybe -- I snuck out
24 immediately, and the police came out right away and I
25 went to the hospital right away.

                                                                70

1      Q      You keep saying "immediately".  Do you mean
2 immediately?
3      A      Yes, I do.
4      Q      So immediately when you felt as though it were
5 a punch, you tried to sneak out and then went to the
6 hospital?
7      A      No, I waited till he fell asleep and then I
8 snuck out.  Immediately after he fell asleep, I went and
9 called a friend; and then the police came and then I
10 went to the hospital.
11      Q      Let me try to -- immediately after you thought
12 you felt a punch, you tried to sneak out of the
13 apartment; is that correct?
14      A      No, when he fell asleep.
15      Q      Okay.  How much time elapsed there?
16      A      I'm not sure.
17      Q      So you thought you felt a punch and then he
18 fell asleep?
19      A      I felt a punch, and then he tried to have sex
20 with me.  Then he did have sex with me and various
21 things occurred.
22      Q      Let's get to that.  He tried to have sex with
23 you.  So that was unsuccessful; is that right?
24      A      When I first woke up, he was just trying to
25 have sex with me.  He was trying to put his penis into
                          Page 60

101707PHscott

71

1   my vagina, and my underwear were in the way and --

2       Q      And that was unsuccessful, am I correct?

3               THE REPORTER:  They're talking over each

4   other.  This is getting --

5               THE COURT:  Yeah, you are definitely talking

6   over the end of her answers.  Go ahead.  "when you first

7   woke up" --

8               THE WITNESS:  When I first woke up, it was

9   to him facing towards me trying to put his penis into my

10  vagina, and then I shifted around.

11  BY MR. KAROLY:

12      Q      Okay.  Do you remember the question that led

13  to this?  You said "trying".  That means he wasn't

14  successful; is that right?

15      A      He eventually was successful.

16      Q      Well, at that time he wasn't successful

17  because you had your panties on; is that right?

18      A      Yes.

19      Q      Okay.  And then he took your panties off?

20      A      Yes.

21      Q      And how did he do that?

22      A      With his hands.

23      Q      Took his two hands and took your panties off.

24  How was he positioned at that point in time?

25      A      He was facing towards me kneeling.

72

1       Q      Kneeling on the bed?

2       A      Correct.

Page 61

101707PHscott

3  Q  Okay.  And do I understand that you didn't say
4  no at that time?

5  A  I said no before that and --

6  Q  Let's try my question.  Okay?  Do I understand
7  you didn't say no at that time?

8  A  No.

9  Q  Is it correct that you did not say no at that
10  time?

11  A  I'm kind of confused.

12  Q  Okay.  Let me do it this way.

13    THE COURT:  Yeah, I do think she's confused
14  on the question.

15  BY MR. KAROLY:

16  Q  All right.  Did you say no at that time?

17  A  At which time?

18  Q  At the time he began to take your panties off?

19  A  No.

20  Q  Okay.  Did you say stop at that time?

21  A  No.

22  Q  Did you say, I don't want to have sex with
23  you, at that time?

24  A  No.

25  Q  Did you say, Don't penetrate me, at that time?

                  73

1  A  No.

2  Q  Okay.  And he took your panties off, and then
3  you had sex?

4  A  Then he put his penis in my vagina.

5  Q  Wouldn't your legs have to be spread for that
6  to happen?

7  A  I'm sure there's a way to --

         Page 62

101707PHscott

8      Q      Well, were your legs spread for that to

9  happen?  You tell the Judge.

10      A      My legs were on the bed, and I was laying flat

11  down and he started to come -- he put his legs in

12  between mine and started to penetrate me.

13      Q      Uh-huh.  Well, once again, you didn't say a

14  word during any of this; is that right?

15      A      No.

16      Q      Meaning that is correct, you did not say a

17  word, correct?

18      A      At that time -- at that very second, no.

19      Q      Okay.  And how long did this go on?

20      A      I don't know the exact time.

21      Q      Well, could you approximate for the Court how

22  long this went on?

23      A      I really don't know.

24      Q      And by the way, this punch, when you say you

25  started to sit up, how far off the bed did you get?

74

1      A      At least a foot, foot and a half.

2      Q      Okay.  Foot and a half off the bed?  Under the

3  covers?

4      A      No.

5      Q      On top of the covers?

6      A      I don't know where the covers were.  I just

7  know I wasn't underneath the covers.

8      Q      Okay.  If Mr. Scott wanted you to lay back

9  down, he certainly could have pushed you back down,

10  correct?

11      A      Correct.

Page 63

101707PHscott

12    Q    But instead, you felt something that was like
13  a punch?
14    A    Correct.
15    Q    Okay.  Did you say to him, Don't hit me?
16    A    No.
17    Q    Did you say to him, You just hit me?
18    A    No.
19    Q    Okay.  You don't know how long that sex took;
20  is that right?
21    A    No, I do not.
22    Q    And after that, you got on top of Mr. Scott;
23  is that right?
24    A    After that, he pulled me by my arm and flipped
25  me on top of him and said, Get on top of me; so I did.

                                                            75

1    Q    So you did?
2    A    Yes.
3    Q    And did you tell the police in your statement
4  to them that you were just going along with this?
5    A    Yes.
6    Q    Uh-huh.  Didn't, once again, tell him no you
7  didn't want to get on top, right?
8    A    No.
9    Q    And once again, you didn't say stop?
10   A    No.
11   Q    And once again, you didn't say don't or any
12  words to that effect?
13   A    No.
14   Q    And at no time during any of this did you
15  physically resist in any fashion; is that correct?
16   A    Yes, I did.  When -- the first initial -- when

                        Page 64

101707PHscott

17   I tried to sit up.

18        Q    That was your resistance, you tried to sit up?

19        A    Yes, and I tried to move; but I got punched

20   and I didn't want --

21        Q    Besides trying to sit up --

22             MR. MARSHALL:  Wait a second.  He then

23   talked over her answer again.  I think that last part

24   was an important point.  I don't know if you heard it or

25   not.  I don't know if it was --

                                                    76

1             MR. KAROLY:  If it was, it wasn't responsive

2    to my question and I would object to it any way.

3             THE COURT:  I've heard her answer for about

4    the second time.  Okay?  Do you want to ask the question

5    again?

6             MR. KAROLY:  Yes.

7    BY MR. KAROLY:

8        Q    So your statement to the Court is the only

9    time you did anything which you thought was resistant

10   was to sit up; is that right?

11       A    And I also tried to move when I started to go

12   back down, but it was pointless.

13       Q    You tried to move where?

14       A    Towards the side.  Like I started squirming a

15   little bit.  But at that time, that's when I got the

16   pressure on my arms; so I couldn't move.

17       Q    At that time you got pressure on your arms?

18       A    Yes.

19       Q    How was Austin able to penetrate you if he had

20   his arms on your arms?

                   Page 65

101707PHscott

21     A     I'm not sure I understand the question.  His

22  penis was in my vagina and his arms were on mine.

23     Q     So it was unassisted getting there, by either

24  you or Mr. Scott?

25     A     I guess so.

77

1     Q     And how about when you were on top of him,

2  unassisted by Mr. Scott?

3     A     His one hand was on my back and then he used

4  his other hand to force me down -- well, he used this

5  hand to force me to get on top of his penis and he used

6  his other hand to direct it into my vagina.

7     Q     I'm sorry.  The first part I didn't

8  understand.  He what?

9     A     He used this hand (indicating), his left hand,

10  on my back to push me down toward his penis; and he used

11  his right hand to direct it in.

12     Q     I see.  Where were your hands at that time?

13     A     Off to the side.

14     Q     Didn't do anything with your hands even to

15  indicate that you weren't enjoying what was happening,

16  right?

17     A     I thought I made him aware of that.

18     Q     Did you answer my question?

19     A     No, not with my hands.  No.

20     Q     Do anything with any other part of your body?

21     A     No.

22     Q     And then you went up and down on his penis,

23  did you not?

24     A     Yeah.

25     Q     Now, tell the Judge how long you went up and

Page 66

101707PHscott

78

1   down on his penis.

2       A   I don't know.

3       Q   More or less than 15 minutes?

4       A   I honestly don't know.

5       Q   Uh-huh.  Were you saying things to him at that

6   time?

7       A   No.

8       Q   No?  Did you ever suggest for one minute that

9   you weren't enjoying it during the 15 minutes or so you

10  were going up and down on his penis?

11          MR. MARSHALL:  Objection; assuming facts not

12  in evidence.  No one ever said 15 minutes.

13          THE COURT:  There was no testimony about 15

14  minutes.

15  BY MR. KAROLY:

16      Q   During whatever period of time you were going

17  up and down on his penis, did you ever suggest to him

18  that you weren't enjoying what you were doing?

19      A   I thought my face was a suggestion, but I

20  guess not.

21      Q   Your face was a suggestion?

22      A   Yes.

23      Q   Did you ever tell him that you didn't enjoy,

24  in the least bit, anything --

25      A   At this time I wasn't saying anything.

79

1       Q   Okay.  And by the way, were the lights on in

2   that room?

Page 67

101707PHscott

3    A    There was light coming from somewhere, but I
4    don't know where.
5    Q    Well, were there overhead lights?
6    A    Like I said, I don't know where the lights
7    were coming from.
8    Q    Uh-huh.  And you thought he could see it in
9    your face, is that what you're saying?
10   A    Yes.
11   Q    I see.  And after you were done going up and
12   down on Mr. Scott's penis, what then did you do?
13   A    He then flipped me over and put me on my back
14   again.
15   Q    Okay.  Now, when you say he flipped you over,
16   okay, what precisely do you mean?
17   A    My body went one way, like the force from him,
18   and he got on top of me.  So, I mean, he put me back
19   onto my back.
20   Q    And did he come outside of you during that
21   maneuver or he remained inside?
22   A    He came outside.
23   Q    Uh-huh.  Not only, according to your own
24   testimony, did he come outside of you, but he left the
25   bed to go get a towel, did he not?

80

1    A    No, the whole time he's still in bed.  He
2    reached and got a towel from somewhere else.
3    Q    So when did he get the towel?
4    A    At that time when he flipped me over and put
5    me on my back.
6    Q    Flipped you over, put you on your back, and
7    then he got a towel?

Page 68

101707PHscott

8     A     Yes.

9     Q     And he put the towel underneath you?

10    A     Yes.

11    Q     How did he put the towel underneath you,

12    unless you lifted up your buttocks to allow him to do

13    that?

14    A     Because then he put the towel beside him and

15    moved me over onto the towel.

16    Q     Did you object in any fashion?

17    A     I didn't say anything.

18    Q     Did you do anything to resist going on the

19    towel, as you say?

20    A     No, I did not.

21    Q     Did you do anything to resist his penetration

22    of you again?

23    A     No, I did not.

24    Q     And then you had intercourse again; is that

25    right?

                                                    81


1     A     Then he started to have sex with me again.

2     Q     Pardon me?

3     A     Yes, he started to have sex with me again.

4     Q     Yeah.  Well, he had sex with you; but you

5     didn't have sex with him?

6     A     I don't look at it that way, no.

7     Q     I understand that.  Were you moving at that

8     time at all?

9     A     No.

10    Q     Uh-huh.  Where were your legs?

11    A     off to the side.

                        Page 69

101707PHscott

12    Q    Off to the side of what?

13    A    His body. He was in between my legs, and he

14  was pushing on my legs outward.

15    Q    Your legs were spread, and he was in between

16  your legs?

17    A    Yes.

18    Q    Where were his hands?

19    A    On my legs.

20    Q    On your legs?  How long did this -- sex in

21  this position last?

22    A    I don't know.

23    Q    Again, during any of this intercourse, did you

24  say stop?

25    A    No.

82

1    Q    Did you say, I don't like this?

2    A    No.

3    Q    Did you say, I don't want this?

4    A    No.  Towards the end --

5    Q    Did you take any physical action to avoid this

6  happening?

7    A    I started crying and I told him it hurt, and

8  that's all I did.

9    Q    Okay.  So my question was, Did you take any

10  physical action to prevent this from happening or even

11  indicate that it shouldn't be happening?

12    A    Like hitting him?  No.

13    Q    Like pushing him off?

14    A    No.

15    Q    Like closing your legs?  Nothing like that?

16    A    No.

Page 70

101707PHscott

17    Q    All right.  And you said you started to cry

18  because it hurt?

19    A    Yes, and because I couldn't handle it anymore.

20  I just wanted it to be over.

21    Q    Again, I'm sorry.  Maybe you're getting too

22  close to the microphone.  I couldn't hear any of that.

23    A    I started to cry, because I just -- I wanted

24  it to be over.  I wanted it to end, and it was hurting

25  bad at that point.

                                                    83

1    Q    Uh-huh.  And you said you told him it was

2  hurting?

3    A    Yes.

4    Q    Uh-huh.  And those are your words, "It hurts"?

5    A    Yes.

6    Q    And you continued to have sex?

7    A    He continued to have sex with me, yes.

8    Q    Uh-huh.  For what period of time?

9    A    I don't know.

10    Q    Okay.  Did you climax during the course of

11  these interludes?

12    A    No, I did not.

13    Q    Did you tell him you didn't?

14    A    No.

15    Q    Did you mention anything like that?

16    A    No.

17    Q    Did you act in a fashion consistent with that?

18    A    No.

19    Q    Then what happened?

20    A    Then I -- next thing, he rolled over and he

                      Page 71

101707PHscott

21   started to fall asleep and I waited till he fell asleep

22   and I began to sneak out.

23        Q    Okay.  He rolled over and fell asleep?

24        A    Yes.

25        Q    How long between the rolling over and the

84

1    falling asleep?

2         A    I'm not sure of the exact time.

3         Q    Well, we're not asking you to be exact.  I'm

4    sure you didn't have a stopwatch there.

5         A    I'm not sure.

6         Q    Could you just approximate for the Court?

7         A    I really don't know.

8         Q    Are we talking minutes, are we talking hours,

9    are we talking seconds?

10        A    Minutes.

11        Q    Could you approximate how many minutes?

12        A    Probably under 10.

13        Q    Under 10.  And after a period of time under 10

14   minutes, you said you got up to leave; is that right?

15        A    Once I knew he was sleeping.

16        Q    And how did you know he was sleeping?

17        A    Because I looked at him.

18        Q    Uh-huh.  And you got up, and what did you do?

19        A    I snuck up to the end of the bed, and I

20   gathered all my stuff up and put my jeans on; my shirt

21   was still on, and I just had to pull it up and put my

22   shoes and socks on and grabbed my purse and walked out

23   the door.

24        Q    Did you go into the bathroom at that time?

25        A    No.

Page 72

101707PHscott

85

1   Q   Where was your clothing?

2   A   Scattered throughout the room.

3   Q   Where was your clothing?

4   A   On the floor.

5   Q   Okay.  Do you know where on the floor?

6   A   No.

7   Q   By the way, was any of your clothing ripped in

8   any fashion?

9   A   No.

10   Q   Not even your panties that were trying to be

11   penetrated through?

12   A   No.

13   Q   And did you say that Austin's phone went off

14   before you left, while you were dressing, or exactly

15   when?

16   A   When my hand was on the doorknob after I had

17   already put my shoes and socks on.

18   Q   You were already completely dressed?

19   A   Yes.

20   Q   And your hand was on the doorknob?

21   A   Yes.

22   Q   And his cell phone went off?

23   A   Yes.

24   Q   Where was his cell phone?

25   A   It was on a side table right next to his bed.

86

1   Q   Uh-huh.  And you didn't have sufficient time

2   to open the door and leave?

Page 73

101707PHscott

3    A    No.

4    Q    Why not?

5    A    Because it went off, and then he looked at me
6  immediately and asked me what I was doing.

7    Q    Wouldn't that make sense, "What are you
8  doing"?

9    A    I don't know.

10    Q    Okay.

11    A    I don't --

12    Q    And what was your answer?

13    A    I said, "I can't sleep here, and I got to go
14  home."

15    Q    Uh-huh.  And did he say that he would get you
16  a taxi?

17    A    No.

18    Q    What did he say to you?

19    A    He just asked me what I'm doing, and I
20  replied, "I can't stay here.  I'm going home"

21    Q    Okay.  Did you have any other communication
22  with him?

23    A    No.

24    Q    You just embraced and kissed?

25    A    I kissed him, and then went out the door.

              87

1    Q    Did you embrace?

2    A    I'm not sure what you mean by "embrace."

3    Q    Hug?

4    A    No.

5    Q    Did you -- you know what French kissing is?

6    A    No.

7    Q    Did you put your tongue in his mouth?

              Page 74

101707PHscott

| | | |
|---|---|---|
| 8 | A | No, I did not. |
| 9 | Q | How many times did you kiss him? |
| 10 | A | Once. |
| 11 | Q | Uh-huh.  And did you hug him at that time? |
| 12 | A | No. |
| 13 | Q | You didn't?  What did you say after you kissed |

14  him?

| | | |
|---|---|---|
| 15 | A | Nothing.  I turned and went towards the door. |
| 16 | Q | You turned and what? |
| 17 | A | I went towards the door. |
| 18 | Q | Okay.  Well, I thought your hand was already |

19  on the doorknob, so you were -- you didn't have to go

20  towards the door; you were there.

21       A    I left -- like, I let go of the handle, leaned

22  in (indicating), and then I went back out the door.

23       Q    When you say "leaned in", the door was already

24  open?

25       A    No, it was not.

88

1       Q    And you're talking about the door at the entry

2  to the apartment?

3       A    His bedroom, not the apartment.

4       Q    Well, you came into his bedroom last.  Did you

5  close the bedroom door when you came in?

6       A    No, because he went to the bathroom; the door

7  was still open.  And then after he came back from the

8  bathroom, he shut the door.

9       Q    I thought you said he led you into the

10  bedroom, which would make you come in second.

11       A    He did, but he put his stuff down and went

Page 75

101707PHscott

12  back out to the bathroom.

13      Q   Again, I didn't hear you.  He what?

14      A   He did lead me into the bedroom, but he put

15  his stuff down and said, "I'm going to the bathroom.

16  Make yourself comfortable."

17      Q   By the way, the Muhammad Ali poster was in the

18  bedroom; is that right?

19      A   Yes, it was.

20      Q   Okay.  And then you open that door and walked

21  through the lounge area, open the other door to the

22  apartment and left; is that right?

23      A   Correct.

24      Q   Okay.  Now, it's your testimony you called

25  immediately at that point?

89

1      A   Yes, immediately.

2      Q   Is that right?

3      A   Yes.

4      Q   When you were leaving, you didn't say anything

5  like, "I have to leave because I didn't want to have sex

6  with you"?

7      A   No.

8      Q   You didn't say, "I have to leave because you

9  hit me"?

10      A   No.

11      Q   You didn't say, "I have to leave because you

12  did things to me that I didn't want you to do"?

13      A   No, I didn't say that.

14      Q   In fact, you didn't say anything that was

15  consistent with the story that you had had nonconsensual

16  sex, did you?

Page 76

101707PHscott

17    A    I'm not sure -- at the beginning I said no.

18    Q    When you're leaving -- we understand the one

19  time that you claim that you said no when you were

20  leaving.  My question now relates to, as you're saying

21  good-bye to Mr. Scott, either before or after you kissed

22  him and left, you didn't say at any time that anything

23  he did was inappropriate, did you?

24    A    While I was leaving, I did not say anything,

25  no.

90

1    Q    Well, how about immediately before you were

2  leaving?

3    A    No.

4    Q    How about after you left?

5    A    After I left, I told a friend.

6    Q    I'm talking about Mr. Scott.

7    A    No.

8    Q    Did you tell Mr. Scott before you left that

9  you couldn't sleep, so that you might as well go home,

10  or words to that effect?

11    A    I said, "I can't sleep.  I'm going home".

12    Q    Okay.  Indicating to him that it was your

13  sleeplessness that was the basis for going home, not any

14  improper conduct by Austin; is that right?

15    A    Correct.

16    Q    And according to the Affidavit, you told the

17  police you started to walk off campus until you decided

18  to call a friend.  Now, is that true or is it true that

19  when you closed the door you started calling your

20  friend?

Page 77

101707PHscott

21      A      I called my friend immediately.  As I was

22   walking towards off campus, that's the direction I

23   headed, then I called my friend.

24            MR. KAROLY:  Uh-huh.  One moment, Your

25   Honor.

91

1   BY MR. KAROLY:

2      Q      Now, can you give the Court an idea of what

3   time it is now when you leave the apartment?

4      A      I'm not -- I don't know.

5      Q      You don't know?

6      A      No.

7      Q      No idea whatsoever?

8      A      Somewhere around 4 a.m.

9      Q      By the way, this is fast-forwarding ahead a

10   little bit, but did you get any medical treatment for

11   what you said was a bruise on your back?

12      A      They just took pictures of it.

13      Q      Uh-huh.  Do you have any photographs of your

14   back to demonstrate that whatever you claim was a bruise

15   was not there before?

16      A      Not -- no.

17      Q      Anything that you would have as evidence of

18   that?

19      A      That I didn't have the bruise before this?

20      Q      Correct.

21      A      No, I do not.

22      Q      Now, let me ask you this, Do you think that

23   seven shots of vodka with cranberry and one shot -- or

24   three-quarters of a shot of Crown Royal and a half a

25   glass of vodka and cranberry may have affected your

Page 78

101707PHscott

92

1   ability to accurately recall --

2       A    That's not --

3       Q    -- what occurred?  Please wait until my

4   question is over.

5       A    That's not what I drank.  But if I did drink

6   that much, yes.  That's not what I had.

7       Q    All right.  Maybe my notes are wrong.  Let's

8   get back to that.  At Tony's, seven shots of vodka with

9   cranberry; is that right?

10      A    No, there were seven glasses.  Each glass had

11  less than a shot in it.

12      Q    I'm sorry.  Each --

13      A    There were seven small, 9-ounce glasses.  They

14  were plastic cups.

15      Q    9-ounce plastic cups?

16      A    Each glass has less than a shot in it.

17      Q    Well, who put the shots in there?

18      A    The bartender.

19      Q    And when you say, less than a shot, how much

20  goes in one of those drinks?

21      A    I'm going to say a half to three-fourths of a

22  shot.

23      Q    And is that the standard drink?

24           THE COURT:  Okay.  Let's get back to your

25  regular questioning.

93

1           MR. KAROLY:  Okay.  My question --

2           THE COURT:  You have been given a lot of

Page 79

101707PHscott

3   leeway here.

4           MR. KAROLY:  Yes, sir.

5           THE COURT:  Okay?

6           MR. KAROLY:  No question.

7           THE COURT:  And you know it.  Okay?

8           MR. KAROLY:  Yes, sir.

9           THE COURT:  Let's get back to the first

10  questioning about the alcohol affecting her.  What a

11  bartender does and that is for the trial, whether she

12  poured more than a shot or less than a shot.  Let's

13  start getting down to the brass tacks.  Okay?

14          MR. KAROLY:  I understand that.  Absolutely,

15  Your Honor.

16  BY MR. KAROLY:

17      Q     You corrected me that I didn't have the

18  alcohol right.  But whatever alcohol you consumed, the

19  question is, do you think it affected your ability to

20  recall the events of that evening?

21      A     No.

22      Q     Not at all?

23      A     No, not the --

24      Q     Pardon me?

25      A     Not the important events.

                                                    94


1       Q     Uh-huh.  Now, were you aware that the phone

2   call that Mr. Scott got was from a female who wanted to

3   come over to his apartment at that time?

4       A     No, I was not.

5       Q     And you didn't hear that?

6       A     No.

7       Q     Anything about that?
                         Page 80

101707PHscott

8      A      No.

9      Q      And that wasn't what caused you to leave?

10     A      No.

11     Q      So you weren't angry about it, because you

12 didn't know anything about it, right?

13     A      I still, to this day, do not know who called

14 him.

15     Q      Pardon me?

16     A      I still don't know, to this day, who called

17 him.

18     Q      Did you know it was a female wanting to come

19 over to his apartment?

20     A      No, I didn't see; because I was already

21 leaving and I didn't see his phone -- who had called.

22     Q      Uh-huh.  Did he talk to that person on the

23 phone?

24     A      No.

25     Q      No.  And just so I have this right, I didn't

                                                        95


1 get Keith's last name.  You mentioned it, but I didn't

2 hear you.  What is Keith's last name?

3      A      Lesho.

4      Q      Could you spell that, please?

5      A      L-E-S-H-O.

6      Q      Now, is he a boyfriend of yours?

7      A      No.

8      Q      Okay.  Just a manager at your --

9      A      He's a manager and a friend.

10     Q      And you called him up.  And what did you say

11 to him?

Page 81

101707PHscott

12    A    I was crying, and I told him that Austin had

13  hurt me; and he asked me where I was, and I told him

14  where I was at.

15    Q    And how long did you talk to him?

16    A    I can't be certain.  Everything was happening

17  so quickly, and I was just crying hysterically.  He was

18  more worried about coming to get me to make sure I was

19  okay.

20    Q    Seems every question I ask is how badly you

21  were crying.  The question is, For what period of time

22  -- how long were you speaking with him?

23    A    A minute to two minutes.  I'm not sure.

24    Q    And, at any time, did you suggest to him that

25  you had engaged in nonconsensual sex with Austin Scott?

96

1    A    Yes, I had.

2    Q    And -- not have you.  At that time, did you?

3    A    Yes, I did.

4    Q    In that phone call?

5    A    Yes.

6    Q    Uh-huh.  Did you ever hear of a term "sexual

7  remorse", like buyer's remorse?

8    A    No.

9    Q    Were you having second thoughts about what

10  you did when you left Austin's apartment?

11    A    No.

12         MR. KAROLY:  No further questions, Your

13  Honor.  Thank you.

14         THE COURT:  Okay.

15         MR. MARSHALL:  Just very quickly.

16

Page 82

101707PHscott

REDIRECT EXAMINATION

BY MR. MARSHALL:

17

18

19

20    Q    How tall are you?

21    A    5'5 and a half, 5'6"

22    Q    And how much do you weigh?

23    A    About 140 to 145.

24    MR. MARSHALL:  Okay.  Nothing else, Your

25    Honor.

97

1    THE COURT:  Any Recross on that?

2    MR. KAROLY:  No, Your Honor.

3    THE COURT:  Okay.  Thank you.  You may step

4    down.

5

6    JANET R. CADY, called as a witness, being

7    sworn, testified as follows:

8

9    THE COURT:  Have a seat and talk right into

10    the microphone.

11

12    DIRECT EXAMINATION

13

14    BY MR. MARSHALL:

15    Q    Could you please state your name and spell

16    your last name.

17    A    Janet Renee Cady; last name is C-A-D-Y.

18    Q    And do you work?

19    A    Date of birth is --

20    Q    No, I'm sorry.  Do you work?

Page 83