# APPENDIX 26

Penn State Defendants' Documents in Support of
Motion for Summary Judgment/Statement of Facts

# APPENDIX 26

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


----------------------------------X

AUSTIN T. SCOTT,                          :

              Plaintiff,          :   NO. 4:09-CV-1989

      -vs.-                               :

THE PENN STATE UNIVERSITY, et al.,:

            Defendants.         :

---------------------------------- X


---

Deposition Testimony of DESIREE MINDER

---

301 Market Street                     December 22, 2010

Lemoyne, PA                           12:30 p.m.

---




ERSA REPORTING

30 South 17th Street

United Plaza, Suite 1520

Philadelphia, PA 19103

(215) 564-1233    Fax (215) 564-1225

DESIREE MINDER

```
 1    to the police station, are there any conversations; you

 2    remember anything happening?

 3         A.   No.

 4         Q.   And you went directly to the police station?

 5         A.   Yes.

 6         Q.   What happens at the police station?

 7         A.   When we get there, I was introduced to Lance

 8    Marshall and the District Attorney, I think his last

 9    name is Madiera.

10         Q.   They were already there at that time?

11         A.   Yes.

12         Q.   They were there when you arrived?

13         A.   Yes.

14         Q.   About what time is this now?

15         A.   I have no idea what time it was.  I know it was

16    daylight out.

17         Q.   And I know that you don't remember going there,

18    but you can approximate how much time it was from when

19    you left the hospital to when you got there?

20         A.   (Witness, shaking head.)

21         Q.   Are we talking less than an hour?

22         A.   Probably more than an hour.  But to me, I don't

23    know for sure.

24         Q.   Now, you're going from Mt. Nittany Medical

25    Center to the police department on campus, correct?
```

DESIREE MINDER

```
 1      A.   Correct.

 2      Q.   I just want to clear up -- you think that may

 3 have been more than an hour?

 4      A.   That I was at the --

 5      Q.   I thought there was maybe a misunderstanding.

 6 From when you leave the hospital to when you get to the

 7 police station --

 8      A.   Oh.

 9      Q.   -- about how much time do you think --

10      A.   I went directly there, there was no stops in

11 between so -- I don't even remember where Mt. Nittany

12 is at.  Isn't Mt. Nittany like 15 minutes away, maybe

13 even less?

14           I don't remember.  All I know is that --

15      Q.   I can't answer for you.

16           MR. NINOSKY:  You've answered the question by

17 saying you went directly from Mt. Nittany to the police

18 station, wherever those locations are.

19      A.   I went directly there, there was no stops in

20 between.

21      Q.   I was just confused because of the hour

22 comment.  I wanted to make sure --

23      A.   No, I thought that you meant -- sorry.

24      Q.   No, that's fine.

25           At the police station, Lance Marshall and
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

DESIREE MINDER

```
 1   Michael Madiera, they meet you when you walk in; are they

 2   the first people you meet there?

 3        A.    They took me into a room and they were there and

 4   they introduced me once I got in there.

 5        Q.    Who took you in there?

 6        A.    I think it was -- I don't know for sure.

 7        Q.    Let me ask you this.  Up until this point in

 8   time what were your feelings, if any, regarding criminal

 9   charges against Austin?

10        A.    I was just more concerned for myself and my

11   family.  I wasn't even thinking about him.  I was just

12   scared.

13        Q.    You met with Lance Marshall, Michael Madiera; is

14   there anyone else in the room?

15        A.    There was, I don't know who they were.  They all

16   introduced themselves to me but I don't know their names.

17        Q.    Were they police officers?

18        A.    I don't know.

19        Q.    Was there anybody else in the room?

20        A.    Not that I can remember.

21        Q.    I mean, were your friends in the room?

22        A.    No.

23        Q.    But they were at the police station waiting

24   around somewhere else for you?

25        A.    Yes.
```

DESIREE MINDER

1    Q.    What do you remember as the first thing that

2    Lance Marshall and Michael Madiera said to you?

3    A.    Just their introduction and pretty much jumped

4    right into it and said that, you know, they just want to

5    take care of this as soon as possible and just started

6    asking questions.

7          They just said that they're going to go through

8    everything, they want to know all the events that

9    happened up to the point, and just basically asked me

10   similar questions that you asked me today.

11   Q.    Is it just Lance Marshall and Michael Madiera

12   and --

13   A.    Yeah, and I guess there might have been another

14   two people in the room.  There might have been some other

15   people.

16   Q.    Were they taking notes?

17   A.    I think so.

18         MR. HORNE:  Object to the form of the

19   question.  Was who taking notes?

20         MR. LICHTMAN:  The people in the room.

21   Q.    Were the people in the room taking notes?

22   A.    Yes.

23   Q.    And what do you remember telling them?

24   A.    Just the gist of the story, pretty much the

25   same thing I told you today.  I went through the whole

DESIREE MINDER

1    time line.  My times might have been more accurate

2    there and maybe some of the things were more detailed,

3    but I just went from beginning to end through the whole

4    thing.

5         Q.    Do you remember any of the specific questions

6    that they asked you?

7         A.    No.

8              MR. NINOSKY:  And I just want to make sure

9    it's clear because it sounds as if you're certain that

10   Lance Marshall was there, you're certain that

11   Mr. Madiera was there, correct?

12             THE WITNESS:  Yes.  I don't know if Madiera

13   was there the entire time.

14             MR, NINOSKY:  Are there other people there or

15   not?

16             THE WITNESS:  Yes, I think so.

17             MR. NINOSKY:  I think to clarify then, he's

18   saying they, did they ask questions.  If you could try to

19   say who is asking the questions.

20             Is Mr. Madiera asking the questions, is it

21   Mr. Marshall, was that it?  If you could, please --

22             MR. LICHTMAN:  Absolutely.

23             MR. NINOSKY:  -- so it's clear.

24   BY MR. LICHTMAN:

25        Q.    Out of the people that you remember in the

DESIREE MINDER

1    room, did everybody ask you questions?

2         A.    For the most part I remember Lance Marshall

3    asking the questions.  And they really let me speak the

4    most, you know.  But he was mostly asking me the

5    questions.

6              I can't really remember anybody else asking

7    questions.  It was more -- I thought they were more

8    listening to me.

9         Q.    Was Lance Marshall taking notes?

10        A.    I don't remember.

11        Q.    Were there -- and I just want to -- so that

12   we just have kind of a closed environment here, does

13   anybody come in or leave the room during this period of

14   time?

15        A.    Not that I can remember.

16        Q.    Did you tell Lance Marshall or anybody else in

17   this room about the Christopher Burgan incident?

18        A.    Yes.

19        Q.    Did you tell them the outcome of that criminal

20   trial and investigation?

21        A.    I can't remember if I exactly did, I'm sure I

22   did.  That might have been a question that they even

23   asked me.  But I'm pretty sure I told them the outcome.

24        Q.    Okay, I just want to -- I want to ask again

25   because in that answer we had I'm not sure, I'm sure and

DESIREE MINDER

1    I'm pretty sure so --

2        A.    I'm pretty sure I did but I can't say for sure.

3        Q.    If you told them about the Christopher Burgan

4    situation, would you have told them about the outcome?

5        A.    Yes.

6              MR. NINOSKY:  Object to the form.

7        Q.    Did you tell the police that you were on top of

8    Austin?  I'm sorry, did you tell Lance Marshall that you

9    were on top of Austin?

10       A.    I told them everything.

11       Q.    Did you tell them that you kissed Austin good

12   night?

13       A.    Yes.

14       Q.    And did you tell him that you hadn't said no or

15   stop completely?

16       A.    I told them about at the beginning when I was

17   saying no.  And yes, to answer your question, I think

18   that would be yes.

19       Q.    So you explained that you had only been able to

20   get out a portion of the word no and you weren't ever

21   able to say no?

22             MR. NINOSKY:  Object to the form because I'm not

23   sure that's what she said.  She can't recall exactly if

24   she finished it or not was what her testimony was.

25       A.    I can't exactly remember what I told them.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

DESIREE MINDER

```
 1   you can clear this up for me.  The first thing you say --

 2   do you remember what you said in the phone intercept?

 3       A.   No.

 4       Q.   Do you remember saying that there was a rumor

 5   that Austin was video-taping girls on campus, do you

 6   remember that?

 7       A.   No, I don't remember that.  I don't even

 8   remember that being brought up at all.

 9

10                 (Deposition Exhibit No.

11             Minder 8-A, phone excerpt transcript,

12             Marked for identification.)

13

14   BY MR. LICHTMAN:

15       Q.    So now we have in front of you what's beemarked

16   as Exhibit No. Minder 8, and this is a

17   transcript of the phone intercept that we were talking

18   about before.

19             Now, I see here -- and tell me -- let me get

20   the line here.  Beginning at line 6, Miss Minder, so

21   there's a rumor going around?  Mr. Scott replies, what

22   rumor?

23             Line 9.  That you like to videotape the girls

24   that you sleep with or the girls you sleep with.

25             Where did that come from?
```

DESIREE MINDER

1       A.   That was told to -- I was told to ask that by

2    Lance Marshall.

3       Q.   Okay.  Any reason, do you know why he asked

4    you, did he explain why?

5       A.   No, no.

6       Q.   Had you heard of any such rumor?

7       A.   No.

8       Q.   Now, there's also an indication here that

9    there may be a laugh on the tape, and to be fair that's

10   been handwritten in, that's not transcribed.

11      Q.   Is it your recollection that you were

12   laughing a lot during the tape?

13      A.   No.

14           MR. NINOSKY:  Well, object to the

15   characterization of a lot when there's one reference

16   to, quote, laugh.

17           But go ahead.

18      Q.   Do you remember laughing at all during that

19   phone intercept?

20      A.   No.

21           MR. NINOSKY:  Who made the transcript of this by

22   the way?

23           MR. LICHTMAN:  Slifer Veritext is the

24   transcription company.

25           So I am going to --

DESIREE MINDER

1           MR. NINOSKY:  You guys had the transcription

2      prepared or was it --

3           MR. LICHTMAN:  I don't know.  I don't know

4      who had it transcribed, but I do know that we can

5      contact Slifer Veritext and see if they have another

6      copy of it.

7           MR. NINOSKY:  Fair enough.

8      BY MR. LICHTMAN:

9           Q.   Just to get a little bit more detail, I am

10     wondering how Lance asked you to say that.  How did

11     that come up?

12          A.   It was just in the conversation beforehand.  He

13     just told me -- he just told me to ask that.  He said

14     something about that Austin videotapes girls that he

15     sleeps with, that's one of the questions that we want you

16     to ask him.

17          Q.   Okay.  What other questions did he ask you to

18     ask Austin?

19          A.   Pretty much everything that was on here.  I

20     didn't -- Lance pretty much handled everything I

21     communicated because I was frozen.  I didn't know what to

22     say.  Like I didn't even want to talk to him so --

23          Q.   Did the unidentified police officer in the room

24     say anything during this period of time?

25          A.   Not that I can remember.  I mostly remember

DESIREE MINDER

```
 1    Lance talking to me.

 2        Q.    So that phone intercept ends, what happens

 3    next?

 4        A.    Then I get a text message from Austin.

 5        Q.    Do you remember what the text message said?

 6        A.    Today, no.

 7        Q.    Do you remember the reaction of Lance Marshall

 8    or the police officer to the text message?

 9        A.    No, I just remember freaking out.  And then I

10    just pretty much gave him my phone.

11        Q.    You told them that there was a text message

12    that came in from Austin?

13        A.    Yes.

14        Q.    At that point do you remember the police

15    officer saying anything to you?

16        A.    I think they may have made me -- they told me

17    what to reply to one of the text messages.

18        Q.    When you say they, do you remember who told

19    you?

20        A.    Lance, I'm sorry, Lance.

21        Q.    Now, you said they.  Was it Lance by himself  or

22    was it --

23        A.    It was Lance.

24        Q.    Do you remember what he told you to reply?

25        A.    No.
```

```
1                    C E R T I F I C A T E

2           I, Kathryn Plizga, the officer before

3    whom the within deposition (s) was taken, do hereby

4    certify that the witness whose testimony appears in

5    the foregoing deposition, was duly sworn by me on

6    said date and that the transcribed deposition of said

7    witness is a true record of the testimony given by

8    said witness;

9              That the proceeding is herein recorded

10   fully and accurately;

11             That I am neither attorney nor counsel

12   for, nor related to any of the parties to the action

13   in which these depositions were taken, and further

14   that I am not a relative of any attorney or counsel

15   by the parties hereto, or financially interested in

16   this action.

17

18

19   _____

20                                Kathryn Plizga, Reporter

21                                Notary Public in and for
                                  the Commonwealth of
22                                Pennsylvania

23

24   My commission expires:  April 5, 2111

25
```